

**BOLETÍN DE PRENSA**

17 de diciembre de 2018

## SE AUTORIZA INICIAR CON ASEGURAMIENTO DE BIENES A JUAN ANTONIO HERNÁNDEZ

**Tegucigalpa.-** La Fiscalía Especial Contra el Crimen Organizado (FESCCO) y la Dirección de Lucha Contra el Narcotráfico (DLCN), dando cumplimiento a una orden emitida por el Juzgado de Letras de Privación de Dominio realizan actuaciones dirigidas al aseguramiento de bienes propiedad del señor Juan Antonio Hernández Alvarado, consistentes en: Una casa de habitación ubicada en residencial Palmeras de San Ignacio de la ciudad de Tegucigalpa, inscrita bajo matrícula 1172596, 4 vehículos y 5 cuentas bancarias.

Dicha petición se sustenta en la investigación en curso realizada por la Dirección de Lucha Contra el Narcotráfico en virtud de la detención de los ciudadanos Magdaleno Meza Fúnez conocido también como Nery Orlando López Sanabria, Erika Julissa Bandy García, Maximiliano Echeverría García, José Santos Mejía Laínez y Daniel Alberto Ticas Santos, en fecha 6 de junio de 2018 en la carretera de Vida Nueva, Cofradía, Cortés, a quienes se les incautó la cantidad US$193,220.00 ocultos en un compartimiento dentro de un vehículo en el cual se conducían; a estas personas se les incautó documentación en la cual se encontraron indicios de vinculación con el señor Juan Antonio Hernández Alvarado, por tal razón dicho ciudadano fue requerido como investigado y se le tomo declaración.

Posteriormente y en virtud de los hechos públicamente conocidos que hacen referencia a la detención y procesamiento del señor Hernández Alvarado en los Estados Unidos de América y con fundamento en el artículo 33 de la Ley Sobre Privación Definitiva de Dominio de Bienes de Origen Ilícito, el Ministerio Público solicitó y posteriormente fue ordenada la medida de aseguramiento sobre bienes que hasta el momento se han identificado, lo anterior con el fin de preservar su disponibilidad, mismos que de conformidad con el artículo 34, de la ley anteriormente citada, fueron puestos a la orden de la Oficina Administradora de Bienes Incautados.

Se hace saber a la ciudadanía que con el fin de combatir el delito de tráfico de drogas y el lavado de activos de los bienes derivados de esas actividades pueden interponer denuncias y brindar información a los teléfonos 2556-3600, 9940-2222 y 3140-2222, y por las redes sociales Twitter @DLCNMPHN y Facebook: DLCNMP.HN.

División de Relaciones Públicas
Ministerio Público

PRESS RELEASE

December 17, 2018

### AUTHORIZATION TO INITIATE EMBARGO OF JUAN ANTONIO HERNANDEZ' PROPERTY

**Tegucigalpa:** The Special Prosecutor's Office Against Organized Crime (FESCCO) and the Drug Enforcement Administration (DLCN), in compliance with an order issued by the Judge in charge of Property Seizure, are carrying out actions aimed at seizing the property belonging to Mr. Juan Antonio Hernández Alvarado, which consists of the following: A residence located in the residential sector of Palmeras de San Ignacio in the city of Tegucigalpa, registered under number 1172596, 4 vehicles and 5 bank accounts.

Said petition is based on the ongoing investigation carried out by the Drug Enforcement Administration by virtue of the arrest of citizens Magdaleno Meza Fúnez, also known as Nery Orlando López Sanabria, Erika Julissa Bandy García, Maximiliano Echeverría García, Jose Santos Mejía Lainez and Daniel Alberto Ticas Santos, on June 6, 2018, on the Vida Nueva road, Cofradía, Cortés, and that US$193,220.00, which were hidden in a compartment inside a vehicle they were driving, were seized from them; the documentation belonging to these people was seized and in them was found evidence linking them with Mr. Juan Antonio Hernández Alvarado. For this reason said citizen was required to be investigated and his statement was taken.

Subsequently, and by virtue of publicly known facts that the arrest and prosecution of Mr. Juan Antonio Hernández Alvarado in the United States of America refer to, and based on article 33 of the Law on Permanent Seizure of Property Derived From Illegal Sources, the Public Prosecutor's Office requested and subsequently ordered the seizure of property which has been identified to date, to preserve it's availability, property which according to article 34 of the aforementioned law, was placed in custody of the Office For the Administration of Seized Property.

It is announced to the citizens that in order to fight against the crime of drug trafficking and laundering of assets derived from those activities, they may lodge their complaints and provide information by calling telephone numbers 2556-3600, 9940-2222, and on social networks via Titter @DLCNMPHN and Facebook: DLCNMP.HN

Public Relations Division
Public Prosecutor's Office