UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>JUAN HERNANDEZ ALVARADO,<br>                    Defendant. | S2 15-cr-379 (PKC) |

### DEFENDANT JUAN HERNANDEZ'S MOTION
### FOR RELEASE ON BAIL PENDING TRIAL

COMES NOW DEFENDANT, Juan Antonio Hernandez Alvarado, by undersigned counsel, and requests that this Court order his pretrial release pending resolution of his case. 18 U.S.C. §3142. Filed contemporaneously with this pleading is Mr. Hernandez's memorandum of argument and authority in support of his motion.

### Request for Pretrial Services Report

Mr. Hernandez respectfully requests that the Court order the Pretrial Services Agency to conduct an interview of the defendant on Friday, January 4, 2019, in anticipation of the 3:00 p.m. bond hearing.

Dated:  January 2, 2019

                          Respectfully submitted,

                          RETURETA & WASSEM, P.L.L.C.

                By:  _____
                          Manuel J. Retureta, Esq.
                          300 New Jersey Ave., NW, Suite 900
                          Washington, D.C.  20001
                          202.450.6119
                          MJR@RETURETAWASSEM.COM
                          *Defense Counsel for Juan Hernandez Alvarado*

cc:  All parties via ECF filing.