```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
                                    :
UNITED STATES OF AMERICA            :    ORDER
                                    :
     - v. -                         :    S2 15 Cr. 379 (PKC)
                                    :
JUAN ANTONIO HERNANDEZ ALVARADO,    :
                                    :
               Defendant.           :
                                    :
------------------------------------X
```

Whereas the parties have requested an adjournment of the deadline for Rule 16 discovery until February 15, 2019, and a corresponding adjournment of the February 21, 2019 status conference,

IT IS HEREBY ORDERED that the parties' requests are granted and the February 21, 2019 conference is adjourned until <u>March 8, 2019 at noon</u>; and

IT IS FURTHER ORDERED that the time between February 21, 2019 and March 8, 2019 is excluded in the interest of justice under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A), upon consent, and in order to allow defense counsel and the defendant time to review discovery and evaluate pretrial motion practice, and for the parties to engage in litigation under Rule 16(d)(1) if necessary.  The Court finds that the ends of justice served by this exclusion of time

outweigh the interests of the public and the defendant in a speedy trial.

Dated: New York, New York
       February **5**, 2019

                                                       */s/ P. Kevin Castel*
                                                       P. Kevin Castel
                                        **United States District Judge**