| | |
|---|---|
| From: | Manuel Retureta <mjr@returetawassem.com> |
| Sent: | Friday, November 23, 2018 2:41 PM |
| To: | Fraga, Stephen |
| Subject: | US v Tony Hernández |

Steve, I understand you and yours are busy with Tony Hernández?

Manuel J. Retureta, Esq.
RETURETA & WASSEM, P.L.L.C.
300 New Jersey Ave., NW, Suite 900
Washington, D.C. 20001
202-549-0679