| From: | Manuel Retureta <mjr@returetawassem.com> |
|---|---|
| Sent: | Saturday, November 24, 2018 11:33 AM |
| To: | Gonzalez III, Sandalio |
| Subject: | Re: US v Tony Hernandez |

Hi Sandy
I met with Tony this morning in Miami. I appreciate your professionalism with him.
We will see each other soon.
Thanks
Manny

Manuel J. Retureta, Esq.
RETURETA & WASSEM, P.L.L.C.
300 New Jersey Ave., NW, Suite 900
Washington, D.C. 20001
202-549-0679

> On Nov 23, 2018, at 3:17 PM, Manuel Retureta <mjr@returetawassem.com> wrote:
>
> Hi Sandy
> Hope you are good and enjoyed Thanksgiving with the family.
> Different subject - I understand Tony Hernandez was arrested in Miami. You involved?  Is Hernandez detained in Miami?  Please note that I continue to represent him and I ask that there be no questioning outside my presence.
> Thanks
> Manny
>
> Manuel J. Retureta, Esq.
> RETURETA & WASSEM, P.L.L.C.
> 300 New Jersey Ave., NW, Suite 900
> Washington, D.C.  20001
> 202-549-0679