| From: | Manuel Retureta <mjr@returetawassem.com> |
|---|---|
| Sent: | Saturday, November 24, 2018 4:38 PM |
| To: | Laroche, Matthew (USANYS) |
| Subject: | Re: US v Tony Hernández |

Thanks Matt - Is the case registered for ECF review and filing?

One other thing - I'll be notifying the Miami detention center that no other attorney represents or has received authorization to visit Tony. I imagine that publicity will bring out attorneys hoping to secure representation of Tony. I hope to stop that given the options Tony must now consider and the relationship I have with him.

My thanks,
Manny

Manuel J. Retureta, Esq.
RETURETA & WASSEM, P.L.L.C.
300 New Jersey Ave., NW, Suite 900
Washington, D.C. 20001
202-549-0679

> On Nov 24, 2018, at 4:20 PM, Laroche, Matthew (USANYS) <Matthew.Laroche@usdoj.gov> wrote:
>
> Sure, see attached.
>
> -----Original Message-----
> From: Manuel Retureta <mjr@returetawassem.com>
> Sent: Saturday, November 24, 2018 2:37 PM
> To: Laroche, Matthew (USANYS) <MLaroche@usa.doj.gov>
> Subject: Re: US v Tony Hernández
>
> Matt,
> Can you share a copy of the indictment?
>
> Manuel J. Retureta, Esq.
> RETURETA & WASSEM, P.L.L.C.
> 300 New Jersey Ave., NW, Suite 900
> Washington, D.C. 20001
> 202-549-0679
>
>> On Nov 23, 2018, at 6:48 PM, Manuel Retureta <mjr@returetawassem.com> wrote:
>>
>> Thanks - I appreciate it.
>>
>> Manuel J. Retureta, Esq.
>> RETURETA & WASSEM, P.L.L.C.
>> 300 New Jersey Ave., NW, Suite 900
>> Washington, D.C. 20001
>> 202-549-0679

\>\>
\>\>\> On Nov 23, 2018, at 3:43 PM, Laroche, Matthew (USANYS) <Matthew.Laroche@usdoj.gov> wrote:
\>\>\>
\>\>\> Hi Manny,
\>\>\>
\>\>\> Hernandez was arrested today and is being detained in Miami.  We expect him to be presented in Miami on Monday and then transferred to New York.
\>\>\>
\>\>\> Best,
\>\>\> Matt
\>\>\>
\>\>\> -----Original Message-----
\>\>\> From: Manuel Retureta <mjr@returetawassem.com>
\>\>\> Sent: Friday, November 23, 2018 2:53 PM
\>\>\> To: Laroche, Matthew (USANYS) <MLaroche@usa.doj.gov>
\>\>\> Subject: US v Tony Hernández
\>\>\>
\>\>\> Hello Matt,
\>\>\> I understand Tony Hernández has been arrested in Miami. Please note that I continue to represent him. Please make any necessary inquiries through me as he does not wish to speak without defense  counsel present.
\>\>\> Is he detained in Miami, or is he being transported to New York?
\>\>\> Thank you,
\>\>\> Manny
\>\>\>
\>\>\> Manuel J. Retureta, Esq.
\>\>\> RETURETA & WASSEM, P.L.L.C.
\>\>\> 300 New Jersey Ave., NW, Suite 900
\>\>\> Washington, D.C.  20001
\>\>\> 202-549-0679
\> <Superseding Indictment S2 15 Cr 379 PKC.pdf>