# T<small>EIN</small> M<small>ALONE</small>
### LAWYERS

June 20, 2019

The Honorable P. Kevin Castel
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

      RE:    *U.S. v. Juan Antonio Hernandez Alvarado,*
             *No.* S2 15 Cr. 379 (PKC)
             <u>Request for scheduling information – June 27 status conference</u>.

Dear Judge Castel:

We have a status conference in this case scheduled for next Thursday, June 27 at 2:00 pm. There are pending motions including a motion to suppress the post-arrest statement. We would be grateful to know whether the parties should be prepared to put on evidence and regardless, how much time the Court has scheduled so that we may plan accordingly.

                                      Respectfully submitted,

                                      */s/ Michael Tein*
                                      Michael R. Tein, Esq.
                                      tein@teinmalone.com
                                      T. Omar Malone, Esq.
                                      omalone@teinmalone.com

                                      TEIN MALONE <small>PLLC</small>
                                      3059 Grand Avenue
                                      Coconut Grove, Florida 33133
                                      (305) 442-1101
                                      *Counsel for Juan Antonio*
                                      *Hernandez Alvarado*

Copies via ECF