

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

July 10, 2019

<u>Via ECF</u>
The Honorable P. Kevin Castel
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

      Re:    *United States v. Juan Antonio Hernandez Alvarado*,
              **S2 15 Cr. 379 (PKC)**

Dear Judge Castel:

      Trial is scheduled to begin on September 30, 2019.  The Government respectfully submits this letter to inquire regarding the Court's anticipated schedule during the trial for Rosh Hashana (September 30 and October 1) and Yom Kippur (October 9), and the possibility of conducting jury selection the week of September 23, 2019.

      Respectfully submitted,

      GEOFFREY S. BERMAN
      United States Attorney

By:   /s/
      Emil J. Bove III
      Matthew J. Laroche
      Jason A. Richman
      Assistant United States Attorneys
      (212) 637-2420

Cc:    Defense Counsel
       (Via ECF)