### Exhibit B.  June 23, 2016 BlackBerry Messenger Exchange

| Line | Time | Sender | Translated Message |
|---|---|---|---|
| 1. | 15:42:48 | CC-8 | Have you received one "palo" for deposit, Cuas?  Have you seen those, Cuas?  They are 300. |
| 2. | 15:44:39 | CC-8 | [image of a rectangular package marked with an "H"] |
| 3. | 16:07:44 | CC-9 | My client still has me waiting, Cuas.  Cuas, look I haven't, but they do look good. |
| 4. | 16:07:44 | CC-8 | Yes, Cuas, they are giving me of those 3000.  They are there in SPS already.  Cuas, and one "palo" there, do you have it?  So that I can do that at SPS, myself? |
| 5. | 16:29:03 | CC-9 | Yes, Cuas, be patient please.  You know that it hasn't ever occurred before. |
| 6. | 16:29:03 | CC-8 | Yes Cuas, never.  Cuas, when would there be something to deposit, more or less?  So that I can talk with him, and I'm not bothering you.  Because I feel bad bothering you, since you are always very punctual to pay me. |
| 7. | 16:29:03 | CC-9 | If I give you an exact day, I would be lying to you, Cuas.  It's just that these people don't tell me.  When I least expect it, they are asking me numbers.  What I promise you is that the first one that they give me, it will be for you. |
| 8. | 16:29:03 | CC-8 | Yes, Cuas, help me out with that.  As soon as you have something, send it to me. |
| 9. | 16:39:48 | CC-9 | Yes, Cuas, count on that. |
| 10. | 16:39:48 | CC-8 | So I won't take those 300, right Cuas? |
| 11. | 16:39:48 | CC-9 | Right now, I would like to pay you before I get committed with more, Cuas. |
| 12. | 18:22:46 | CC-8 | One question, so to not lie to this guy. |
| 13. | 18:22:46 | CC-9 | Yes? |
| 14. | 18:22:46 | CC-8 | He is asking me to ask you how many more days they have to wait.  So that I don't bother you and I don't lie to him. |
| 15. | 18:22:46 | CC-9 | Well, look the people don't tell me an exact day because they don't even like to say when the transportation leaves.  Look what they tell me: "No buddy, there is not movement, but this week it will get started to move if everything is all right, God willing." |
| 16. | 18:22:46 | CC-8 | Yes, of course, Cuas.  I understand that. |
| 17. | 18:22:46 | CC-9 | If it was my deal, you know that we tell the truth between both of us. |
| 18. | 18:22:46 | CC-8 | Look what the dude tells me.  And what you tell me, I tell him, since we have never made them wait like this.  But we have to wait, Cuas, there isn't another option. |
| 19. | 18:22:46 | CC-9 | Yes, Cuas, I also understand him.  Yes, Cuas, we don't have any other option.  But we'll be done with this soon, God willing. |

**Exhibit B.  June 23, 2016 BlackBerry Messenger Exchange**

| Line | Time | Sender | Translated Message |
|---|---|---|---|
| 1. | 18:22:46 | CC-8 | They have you waiting, and you have me waiting, and I have him waiting, and he has another waiting, and like that, this is like this right? |
| 2. | 18:22:46 | CC-9 | Things are safe here.  Haha, no kidding.  This is a chain. |
| 3. | 18:31:11 | CC-8 | Yes, Cuas, I don't have any doubt about that.  It's just that I have to answer him now.  Because if I don't read his messages, as other people do, well it is not possible.  I answer him as soon as he sends a message because then he thinks bad, or he can think that I lose something.  It is my responsibility to keep him posted. |
| 4. | 18:31:11 | CC-9 | Yes, Cuas, same here. |
| 5. | 18:31:11 | CC-8 | He is asking me 500 to SPS, which you told me that you didn't have.  He almost cried when I told him that you didn't have any. |
| 6. | 18:31:11 | CC-9 | I'm hauling fucking ass Cuas, I swear. |
| 7. | 18:31:11 | CC-8 | Because he asked me if I had 500 to over here. |
| 8. | 18:31:11 | CC-9 | I have all the money invested.  Do you think that I want to let you down? |
| 9. | 18:31:11 | CC-8 | Yes, I know Cuas, if you had them you would send them to me right away. |
| 10. | 18:31:11 | CC-9 | With all the work that you have given to me?  Never. |
| 11. | 18:31:11 | CC-8 | No, I know Cuas, and neither would I.  We are in the same situation.  He is the only one who gives me, and well, why would I want to let him down?  But we are not in bad terms, Cuas.  It has been a delay. |
| 12. | 18:31:11 | CC-9 | Right, Cuas.  God willing, we'll be done with this soon. |
| 13. | 18:50:41 | CC-8 | Cuas, and do I tell this guy that this Sunday, Cuas?  Because he's pestering that he wants a day.  This way you can ask your people, if they can solve it for you for that day. |
| 14. | 19:05:25 | CC-9 | Those hillbillies don't work on Sunday, Cuas.  I don't like giving you a day because I am not a liar. |
| 15. | 19:05:25 | CC-8 | But if you estimate, Cuas.  Because it should happen.  For you to get paper, well, me over here I am going to leave it as SPS. |
| 16. | 19:17:30 | CC-8 | And these people are stubborn, Cuas, asking to go and pick up 200 things. |
| 17. | 19:27:47 | CC-8 | From the ones from the picture that I sent. |
| 18. | 19:27:47 | CC-9 | What I can tell you is for you to count with whatever comes first. |
| 19. | 19:27:47 | CC-8 | Thank you, Cuas. |
| 20. | 19:27:47 | CC-9 | You know, Cuas. |
| 21. | 19:27:47 | CC-8 | Cuas, if I get those 200 there, send someone for them tomorrow.  I'll send someone to look and see how they are. |
| 22. | 19:27:47 | CC-9 | But wait for us to get rid of this, Cuas.  There is too much pressure. |
| 23. | 19:27:47 | CC-8 | Yes, Cuas, you are right. |
| 24. | 19:27:47 | CC-9 | This is going to get smooth. |
| 25. | 19:27:47 | CC-8 | God willing, Cuas. |
| 26. | 19:27:47 | CC-9 | Amen. |