# TEIN MALONE, PLLC

LAWYERS

*Sent* [handwritten]

January 7, 2019

*Conference Adjourned* [handwritten]

From: *January 17, 2020* [handwritten]

To: *February 24, 2020 at 2:30 p.m.* [handwritten]

SO ORDERED:

P. KEVIN CASTEL, U.S.D.J.

Date: *1-7-20* [handwritten]

The Honorable P. Kevin Castel
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

RE:  U.S. v. Juan Antonio Hernandez Alvarado,
     No. S2 15 Cr. 379 (PKC)
     Request for Continuance

Dear Judge Castel:

The sentencing hearing in this matter is scheduled to take place on January 17, 2020. While undersigned counsel has been diligently working toward making a cogent and effective presentation at sentencing, we have just learned of the existence of certain documents that the defense feels are crucial for your consideration prior to sentencing Mr. Hernandez.

Additionally, because most, if not all, of the documents we are seeking will have to be obtained from Honduras, counsel hereby moves the Court for a thirty-day continuance of the January 17th sentencing hearing.

Undersigned counsel has conferred with counsel for the government regarding the continuance and they have indicated that they do not object to the relief requested herein.

Respectfully submitted,

/s/ T. Omar Malone
T. Omar Malone, Esq.
omalone@teinmalone.com
Michael R. Tein, Esq.
tein@teinmalone.com

TEIN MALONE PLLC
3059 Grand Avenue – Suite 340
Coconut Grove, Florida 33133
(305) 442-1101
Counsel for Juan Antonio Hernandez

Copies via ECF