# Juan Antonio Hernández Alvarado
Inmate number 17838-104
Metropolitan Correctional Center
150 Park Row, New York, NY 10007

February 6, 2020

The Honorable Kevin Castel
United States Judge
Southern District Of New York
500 Pearl Street
New York, New York 10007

Case # 2015-CR-00379

Your Honor:

I am writing to ask you to please assign me a Court-appointed attorney to represent me in my sentencing and other matters before the Court.

Your Honor, I have exhausted my life savings and bank account and am without any resources to pay new attorneys at this critical time, when you will decide how I am to spend the rest of my life.

Until this time, I have been represented by Oscar Malone and Michael Tein, from the firm Tein Malone. I can no longer feel confident of their services.

Furthermore, unfortunately, Messrs Malone and Tein have been almost completely out of touch with me since my conviction. I have had only one visit since October 2019. I have tried to communicate with them through my family, but the distance is a real problem, and I fear I am not able to provide the Court with appropriate sentencing materials and information because they have been completely out of touch. They were not involved in my Pre-Sentencing Investigation and have made no effort to review the Pre-Sentencing Report with me.

Your Honor, without adequate representation, I fear I will be unable to convey to you important facts to be considered during sentencing, let alone present a Sentencing Memorandum. I plead with you to please assign me a Court-appointed counsel to ensure that I have a fair and adequate opportunity to be represented before your Court.

Page 2

Once I have a Court-appointed attorney, I will be able to work with them to present to Your Honor a Sentencing Memorandum so you have a complete picture of my life and hopes.

With gratitude for your kind consideration and great respect, I am

Very truly yours,

Juan Antonio Hernández Alvarado