UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
UNITED STATES OF AMERICA,

                                                              15-cr-379 (PKC)

             -against-                                        ORDER


JUAN ANTONIO HERNANDEZ ALVARADO,

                          Defendant.
-----------------------------------------------------------x


Castel, U.S.D.J.

             Sentencing in this case is set for February 24, 2020, the Court having previously

adjourned sentencing at the request of defendant's counsel.  The defendant has written directly to

the Court seeking the appointment of counsel.

             The Court ORDERS as follows:

    1.  Messrs. Malone and Tein remain counsel for defendant.

    2.  The Court will provisionally appoint counsel pursuant to the Criminal

        Justice Act ("CJA") to explore defendant's financial eligibility for

        permanent appointment.

    3.  __Lisa Scolari_____is provisionally appointed pursuant

        to paragraph 2.

    4.  February 24, 2020 will now be a conference to address any application to

        withdraw and application for permanent appointment of CJA counsel, as

        well as the rescheduling of sentencing.

SO ORDERED.

P. Kevin Castel
United States District Judge

Dated: New York, New York
February 14, 2020

2