UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
UNITED STATES OF AMERICA,

                                                  15-cr-379 (PKC)

        -against-                                ORDER

JUAN ANTONIO HERNANDEZ ALVARADO,

                      Defendant.
-------------------------------------------------------------x

Castel, U.S.D.J.

Sentencing in this case is set for February 24, 2020, the Court having previously adjourned sentencing at the request of defendant's counsel. The defendant has written directly to the Court seeking the appointment of counsel.

The Court ORDERS as follows:

1. Messrs. Malone and Tein remain counsel for defendant.

2. The Court will provisionally appoint counsel pursuant to the Criminal Justice Act ("CJA") to explore defendant's financial eligibility for permanent appointment.

3. Katherine Goldstein is provisionally appointed pursuant to paragraph 2.

4. Conference on February 24, 2020 at 2:30 p.m. will now be a conference to address any application to withdraw and application for permanent appointment of CJA counsel, as well as the rescheduling of sentencing.

SO ORDERED.

                                                P. Kevin Castel
                                        United States District Judge

Dated: New York, New York
        February 19, 2020