UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------x
UNITED STATES OF AMERICA,          :
                                   :            ORDER
         -against-                 :
                                   :            S2 15 CR 379-02 (PKC)
Juan Antonio Hernandez Alvarado,   :
                                   :
         Defendants.               :
-----------------------------------------------------x

P. Kevin Castel, U.S.D.J.

      Omar Malone and Michael Tein, attorneys assigned to this case, are hereby ordered substituted and the representation of the defendant in the above-captioned matter is assigned to Katherine Goldstein pursuant to the Criminal Justice Act.

      SO ORDERED.

_____
P. Kevin Castel
United States District Judge

Dated: New York, New York
       February 24, 2020