UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>Juan Antonio Hernandez Alvarado,<br><br>                    Defendants. | Case No. S2 15 CR 379-02 (PKC)<br><br>**NOTICE OF APPEARANCE** |

PLEASE TAKE NOTICE that Kingdar Prussien, of the law firm Milbank LLP, who is admitted to practice in this Court, hereby appears as counsel for Defendant Juan Antonio Hernandez Alvarado in the above-captioned action.

Dated:  February 25, 2020
            New York, New York

                    Respectfully submitted,

          By:     /s/ Kingdar Prussien

                    Kingdar Prussien
                    Milbank LLP
                    55 Hudson Yards
                    New York, New York 10001
                    (212) 530-5262
                    kprussien@milbank.com

                    *Attorney for Defendant Juan Antonio Hernandez Alvarado*