**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>Juan Antonio Hernandez Alvarado<br><br>Defendant. | Case No. S2 15 Cr. 379-02 (PKC)<br><br>NOTICE OF APPEARANCE |

PLEASE TAKE NOTICE that Antonia Apps, of Milbank LLP, who is admitted

to practice in this Court, hereby appears as counsel for Defendant Juan Antonio Hernandez

Alvarado in the above-captioned action pursuant to the Criminal Justice Act.

Dated:  February 28, 2020
         New York, New York

Respectfully submitted,

By:      /s/ Antonia Apps

Antonia Apps
Milbank LLP
55 Hudson Yards
New York, New York 10001
(212) 530-5101
aapps@milbank.com

*Attorney for Defendant Juan Antonio*
*Alvarado*