UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x
UNITED STATES OF AMERICA,       :

                :          ORDER

       -against-         :

                :          S2 15 CR 379-02 (PKC)

Juan Antonio Hernandez Alvarado,    :

                :

        Defendants.    :
-------------------------------------------------------x

CASTEL, U.S.D.J.


        There will be a conference held in this matter on March 19, 2020 at 2:30 p.m. in Courtroom 11D at 500 Pearl Street, New York, New York on the possible substitution of counsel.  Peter Brill, CJA attorney is to appear at this conference as possible substitute counsel for sentencing.  Existing CJA counsel for Mr. Hernandez shall also appear.  The government shall arrange for the production of the defendant.

        SO ORDERED.


                               P. Kevin Castel
                          United States District Judge


Dated:  New York, New York
       March 12, 2020