UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

UNITED STATES OF AMERICA,

                15-cr-379 (PKC)

   -against-

                ORDER

JUAN ANTONIO HERNANDEZ ALVARADO

        Defendant.
------------------------------------------------------------x

CASTEL, U.S.D.J.

      The conference scheduled for March 19, 2020 is adjourned to March 31, 2020 at 2:00 P.M.

      SO ORDERED.

_____
P. Kevin Castel
United States District Judge

Dated: New York, New York
       March 18, 2020