UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

UNITED STATES OF AMERICA,

                                            ORDER

-against-

                                            S2 15 CR 379 (PKC)

JUAN ANTONIO HERNANDEZ ALVARADO,

           Defendant.
-------------------------------------------------------x

CASTEL, U.S.D.J.

        The telephonic hearing scheduled for April 15, 2020 at 2:00 p.m. remains. Call in number: 1-888-363-4749; Access Code: 3367981.

        Peter Brill is provisionally appointed counsel for defendant Juan Antonio Hernandez under the Criminal Justice Act. Outgoing counsel and Peter Brill shall both be on the call for the telephonic hearing. Outgoing counsel and/or provisionally appointed counsel should determine whether defendant's appearance will be waived and whether Hernandez consents to the substitution of counsel and advise the Court by noon on April 14, 2020.

        The government shall also attend the conference and shall inform the Warden of the facility at which defendant is presently residing that the Court expects that a call between counsel and the defendant will be facilitated.

        SO ORDERED.

                                                        P. Kevin Castel
                                               United States District Judge

Dated: New York, New York
       April 8, 2020