**BRILL LEGAL GROUP, P.C.**

Tel: (888) 315-9841 | www.brill-legal.com

Peter E. Brill
David Gray
Mitchell Hirsch*
Rita Bonicelli*
Matthew Haicken*
James Moschella*
*Of Counsel

April 14, 2020

<u>**Via ECF**</u>
Hon. P. Kevin Castel
United States District Judge
United States Courthouse
500 Pearl Street
New York, New York 10007

      Re: *United States v. Juan Antonio Hernandez Alvarado*
        15 Cr. 379

Dear Judge Castel:

  I have been provisionally assigned by the Court to represent Mr. Hernandez. I write to inform the Court of the attempts both I and outgoing counsel from Milbank have made to communicate with our client.

  Mr. Hernandez and I have been corresponding by email, to a limited extent, which is made more difficult because I have to translate from Spanish to English and vice versa when I reply. I have also had some contact with family and friends, though that communication is obviously not privileged.

  Ms. Apps and Mr. Prussien from Milbank have made multiple requests for phone and video conferences with Mr. Hernandez, and we have corresponded with the government about facilitating a call. After numerous requests, the video conference was denied by the MCC. Unfortunately, despite multiple attempts to schedule a phone call and numerous messages left with the facility, we have not received a response. This has been going on for weeks. Even if a call were scheduled, I would also have to conference in my assistant to translate, or somehow secure the assistance of a court interpreter.

  Based on my emails with Mr. Hernandez, he appears to understand the situation. However, translated emails do not allow for a formal discussion of what substitution and conflict mean. The emails are also not privileged communications, so I don't feel entirely comfortable having meaningful conversations over Corrlinks.

  As such, Mr. Hernandez has not formally agreed to waive his appearance. Neither outgoing counsel nor I believe that it is appropriate to waive Mr. Hernandez's appearance without at least a conversation with a qualified interpreter, especially in a matter of this importance.

  We will await further guidance from the Court either prior to or during our phone conference tomorrow.

               Respectfully submitted,

               Peter E. Brill

306 Fifth Avenue
Penthouse
New York, N.Y. 10001

64 Hilton Avenue
Hempstead, N.Y. 11550

150 Motor Parkway
Suite 401
Hauppauge, N.Y. 11788