**BRILL LEGAL GROUP, P.C.**  Tel: (888) 315-9841 | www.brill-legal.com

Peter E. Brill
David Gray
Mitchell Hirsch*
Rita Bonicelli*
Matthew Haicken*
James Moschella*
*Of Counsel

June 3, 2020

**Via ECF**
Hon. P. Kevin Castel
United States District Judge
United States Courthouse
500 Pearl Street
New York, New York 10007

> Sentencing is adjourned until September 16, 2020 at 11:00 a.m.
> SO ORDERED.
> Dated: 6/3/2020
>
> _____
> P. Kevin Castel
> United States District Judge

Re:    *United States v. Juan Antonio Hernandez Alvarado*
       **15 Cr. 379**

Dear Judge Castel:

    I represent Mr. Hernandez Alvarado. I write to request that Mr. Hernandez Alvarado's sentencing, currently scheduled for June 5, be adjourned for at least a month based upon my previous discussions with the Court about access to my client. The government is consenting to a month-long adjournment at this point.

    Since our last discussion, I have had extremely limited access to my client. There has been no in-person visiting and only the ability to speak by phone for short periods of time under less-than-ideal circumstances. As you can imagine, it is extremely difficult to build rapport with a client whom you have never met; even more so when you have to use an interpreter. As such, I have been unable to complete an appropriately thorough sentencing submission.

    I do not anticipate that a one-month adjournment will be sufficient. However, as per AUSA Amanda Houle, the government agrees to revisit the issue in July once we know where things stand. As such, I am respectfully requesting that this matter be adjourned until July 6 or 7, 2019, or a time thereafter that is convenient to the Court. For your information, I have another conference in the Eastern District in Brooklyn at 10:00 am on July 7, so that the Court can avoid a scheduling conflict.

    Thank you for your consideration.

Respectfully submitted,

Peter E. Brill

306 Fifth Avenue
Penthouse
New York, N.Y. 10001

64 Hilton Avenue
Hempstead, N.Y. 11550

150 Motor Parkway
Suite 401
Hauppauge, N.Y. 11788