**BLG BRILL LEGAL GROUP, P.C.**   Tel: (888) 315-9841 | www.brill-legal.com

Peter E. Brill
David Gray
Mitchell Hirsch*
Rita Bonicelli*
Matthew Haicken*
James Moschella*
*Of Counsel

September 9, 2020

**Via ECF**
Hon. P. Kevin Castel
United States District Judge
United States Courthouse
500 Pearl Street
New York, New York 10007

Re:   *United States v. Juan Antonio Hernandez Alvarado*
      **15 Cr. 379**

Dear Judge Castel:

*[Handwritten annotation: Sentencing adjourned from September 16, 2020 to November 10, 2020 at 11:00 a.m. SO ORDERED. [signature], USDJ 9-9-20]*

I represent Mr. Hernandez Alvarado. I write to request that Mr. Hernandez Alvarado's sentencing, currently scheduled for September 16, be adjourned for at least a month based upon my previous discussions with the Court about access to my client. The government is consenting to an adjournment.

Since our last discussion, I again have had extremely limited access to my client. There has been no in-person visiting and some video and phone visiting. We have been able to use an interpreter during those visits, but it is still very difficult to communicate effectively. As such, I have been unable to complete an appropriately thorough sentencing submission. I feel that I must be able to meet with my client in person at least once prior to sentencing, unless the public health crisis worsens to a point where that is simply impossible in the foreseeable future.

As such, I am requesting an adjournment to October or November at the Court's convenience. Thank you for your consideration.

Respectfully submitted,

Peter E. Brill

306 Fifth Avenue
Penthouse
New York, N.Y. 10001

64 Hilton Avenue
Hempstead, N.Y. 11550

150 Motor Parkway
Suite 401
Hauppauge, N.Y. 11788