**BRILL LEGAL GROUP, P.C.**  Tel: (888) 315-9841 | www.brill-legal.com

Peter E. Brill
David Gray
Mitchell Hirsch*
Rita Bonicelli*
Matthew Haicken*
James Moschella*
*Of Counsel

October 29, 2020

<u>Via ECF</u>
Hon. P. Kevin Castel
United States District Judge
United States Courthouse
500 Pearl Street
New York, New York 10007

Re:   *United States v. Juan Antonio Hernandez Alvarado*
      **15 Cr. 379**

Dear Judge Castel:

I represent Mr. Hernandez Alvarado. I write to request that Mr. Hernandez Alvarado's sentencing, currently scheduled for November 10, be adjourned for approximately one month based upon my previous discussions with the Court about access to my client. The government is consenting to an adjournment. I believe this will be the last adjournment request, absent a significant change in circumstances.

Since our last discussion, I again have had extremely limited access to my client. I was finally able to meet with him once in person, and I hope to do so again soon, unless the circumstances of the pandemic change and affect Bureau of Prisons visiting policies.

I am still unable to complete an appropriately thorough sentencing submission, though that should be possible between November and December.

As such, I am requesting an adjournment to December 3, 4, 7, 9, 10, 14, or a later date at the Court's convenience. Thank you again for your consideration.

Respectfully submitted,

Peter E. Brill

306 Fifth Avenue
Penthouse
New York, N.Y. 10001

64 Hilton Avenue
Hempstead, N.Y. 11550

150 Motor Parkway
Suite 401
Hauppauge, N.Y. 11788