**BRILL LEGAL GROUP, P.C.**  Tel: (888) 315-9841 | www.brill-legal.com

Peter E. Brill
David Gray
Mitchell Hirsch*
Rita Bonicelli*
Matthew Haicken*
James Moschella*
*Of Counsel

October 29, 2020

> Sentencing is adjourned from November 10, 2020 to January 27, 2021 at 2:00 p.m. in Courtroom 11D.
> SO ORDERED.
> Dated: 10/2/2020
>
> *P. Kevin Castel*
> P. Kevin Castel
> United States District Judge

<u>Via ECF</u>
Hon. P. Kevin Castel
United States District Judge
United States Courthouse
500 Pearl Street
New York, New York 10007

Re:   *United States v. Juan Antonio Hernandez Alvarado*
       **15 Cr. 379**

Dear Judge Castel:

    I represent Mr. Hernandez Alvarado. I write to request that Mr. Hernandez Alvarado's sentencing, currently scheduled for November 10, be adjourned for approximately one month based upon my previous discussions with the Court about access to my client. The government is consenting to an adjournment. I believe this will be the last adjournment request, absent a significant change in circumstances.

    Since our last discussion, I again have had extremely limited access to my client. I was finally able to meet with him once in person, and I hope to do so again soon, unless the circumstances of the pandemic change and affect Bureau of Prisons visiting policies.

    I am still unable to complete an appropriately thorough sentencing submission, though that should be possible between November and December.

    As such, I am requesting an adjournment to December 3, 4, 7, 9, 10, 14, or a later date at the Court's convenience. Thank you again for your consideration.

Respectfully submitted,

Peter E. Brill