**BRILL LEGAL GROUP, P.C.**   Tel: (888) 315-9841 | www.brill-legal.com

Peter E. Brill
David Gray
Mitchell Hirsch*
Rita Bonicelli*
Matthew Haicken*
James Moschella*
*Of Counsel

January 7, 2021

**Via ECF**
Hon. P. Kevin Castel
United States District Judge
United States Courthouse
500 Pearl Street
New York, New York 10007

Re:   *United States v. Juan Antonio Hernandez Alvarado*
      15 Cr. 379

Dear Judge Castel:

I represent Mr. Hernandez Alvarado. I write to update the Court on the current status of Mr. Hernandez's matter.

Mr. Hernandez Alvarado informed me a few days ago that prior counsel never provided him with a translated copy of the Pre-Sentence Report. The Final Presentence Report was produced in February 2020, at approximately the same time as counsel had submitted a sentencing submission, which was apparently not translated for him either. I was appointed on April 15. As Mr. Hernandez Alvarado appeared fully conversant with all sentencing-related matters, the issue simply never came up in conversation until now, when we were preparing for sentencing at the end of this month.

I have secured a translator, am submitting a request for translation through evoucher this evening and will advise the Court as to the anticipated completion date of the two documents. I apologize for any inconvenience and thank the Court for its consideration.

Respectfully submitted,

Peter E. Brill

306 Fifth Avenue
Penthouse
New York, N.Y. 10001

64 Hilton Avenue
Hempstead, N.Y. 11550

150 Motor Parkway
Suite 401
Hauppauge, N.Y. 11788