**BRILL LEGAL GROUP, P.C.**   Tel: (888) 315-9840 | www.brill-legal.com

Peter E. Brill
David Gray
Mitchell Hirsch*
Rita Bonicelli*
Matthew Haicken*
James Moschella*

*Of Counsel

January 22, 2021

**Via ECF**
Hon. P. Kevin Castel
United States District Judge
United States Courthouse
500 Pearl Street
New York, New York 10007

> Sentencing is adjourned from January 27, 2021 to March 23, 2021 at 2:00 p.m.
> SO ORDERED.
> Dated: 1/25/2021
>
> /s/ P. Kevin Castel
> P. Kevin Castel
> United States District Judge

Re:   *United States v. Juan Antonio Hernandez Alvarado*
      **15 Cr. 379**

Dear Judge Castel:

   I represent Mr. Hernandez Alvarado. I write to update the Court on the current status of Mr. Hernandez's matter, and to request an adjournment of sentence.

   Translation of the PSR and prior sentencing submission are almost complete. I will need to get the translations and then meet with my client to discuss them, then include any points from that discussion into our sentencing submission.

   At this time, I cannot consent to a remote sentencing proceeding on Mr. Hernandez Alvarado's behalf. As such, I ask the Court to set an in-person sentencing date at its convenience, after the Court reopens to such appearances.

   Thank you for your consideration.

Respectfully submitted,

Peter E. Brill

306 Fifth Avenue
Penthouse
New York, N.Y. 10001

64 Hilton Avenue
Hempstead, N.Y. 11550

150 Motor Parkway
Suite 401
Hauppauge, N.Y. 11788