# EXHIBIT A

# Honduras

Elecciones Internas Honduras 2021 | Perfiles                                                          Ver especial

Nasry Asfura    Mauricio Oliva    Yani Rosenthal    Darío Banegas    Luis Zelaya    Carlos Reina    Nelson Ávila    Wilfredo Méndez    Xiomara Castro

# . olicía: 'Ajuste de cuentas, posible causa de masacre'

28 Jul 2011 / 05:07 AM / Redaccion / Copán

El jefe policial de Copán, Juan Carlos Bonilla, informó que en la escena hallaron casquillos de 5.56 usados en M-16 y Galil.



Dos impactos de lanzagranadas de 40 milímetros neutralizaron a las víctimas del ataque en El Rosario, Santa Rita de Copán, que acabó con la vida de Franklin Arita Mata y tres guardaespaldas que viajaban con él en su auto blindado.

El comisionado Juan Carlos Bonilla, jefe regional de la Policía en Copán, asegura que fue un trabajo bien planificado y que pudo comenzar con el seguimiento de todo lo que hacía el comerciante Franklin Yanuario Arita Mata desde que llegó de Estados Unidos. "Eso les permitió actuar con total eficacia", apuntó.

ADVERTISING

NEWSLETTER

**Suscríbete a nuestra Newsletter:
Lo que debes saber hoy**

Entérate de las noticias más relevantes sobre Honduras y el mundo.



INICIO    PREMIUM    HONDURAS    SAN PEDRO    SUCESOS    DEPORTES    ESPECTÁCULOS    MUNDO

TEMAS DESTACADOS   Elecciones primarias 2021   Elecciones internas Honduras   Resultados elecciones

Guía Médica: noticias de salud y nutrición

Amiga: tips de moda y belleza

Por favor verifique su respuesta *

"No se tiene claro el número de atacantes que participaron en la operación, pero actuaron sorpresivamente en un punto donde no había lugar para el escape".

I'm not a robot
reCAPTCHA
Privacy - Terms

Los familiares de las cuatro personas que fallecieron en el ataque llegaron ayer a Medicina Forense para retirar los cuerpos de sus parientes y darles cristiana sepultura.

Registrarse

Según el jefe policial, "se tiene como posible causa del hecho el ajuste de cuentas, considerando que el 27 de mayo Franklin Arita y sus guardaespaldas había sufrido un primer atentado en la aldea Los Ranchos, donde murió su guardaespaldas, identificado como Boris Armando Espinoza".

MARKETING

This Game Can Train Your Brain To Think Strategically
Total Battle - Tactical Game Online

La acción ha generado intensos operativos en el corredor norte de Copán, Bonilla informó que se establecen puntos de control para detectar armas que pueden estar circulando por la zona.

Getting this Treasure is impossible! Prove us wrong!
Hero Wars

La operación

Según relato del jefe policial de Copán, todo estaba bien planificado: "Desde que Arita y sus guardaespaldas Maudo Antonio Ramos Córdova, 32, Leonel Ramos Córdova, 35, Elvin Mejía, 23, y Marlon Urrutia se transportaban a eso de las cuatro de la tarde del martes en un pick up blindado Land Cruiser PCV 4463 gris con franjas rojas hasta que fueron emboscados por desconocidos que les dispararon primero con un lanzagranadas en el techo y el lado derecho de la unidad".

Play This Strategy For 3 Minutes And See Why Everyone Is Addicted
Total Battle - Tactical Game Online

Tree Removal Cost In Omaha May Surprise You
Tree Services | Search Ads

por Taboola

Detalla que usaron lanzagranadas porque, según la escena, se observan dos impactos en el vehículo. Se utilizaron armas de alto poder y como evidencia en el lugar se encontraron casquillos calibre 5.56, munición utilizada en M-16 y Galil.

LP TV NOTICIERO


En Portada: Trump llama "idiota" al epidemiólogo Fauci y amenaza con despedirle
Últimos videos

"Cuando las autoridades de Medicina Forense hicieron el reconocimiento de los cuerpos no encontraron documentos personales ni armas que, se supone, portaban los guardaespaldas. Creen que los atacantes limpiaron completamente la escena", añadió.

Matan a balazos a gerente de una empresa en Puerto Cortés

Read Next Story

A un lado de donde se produjo el ataque y en un camino cercano, las autoridades de investigación encontraron rastros de sangre y por ello presumen que una de las víctimas pudo haber contestado el ataque, hiriendo a uno de los victimarios.

EN PORTADA

Ya había sido atacado

 07:30PM  Honduras: CNE comienza el conteo de votos de comicios primarios

La Policía Nacional apoya la hipótesis de que la causa del crimen del comerciante y sus guardaespaldas es un "ajuste de cuentas" porque el occiso fue antes víctima de un atentado en el que fue herido.

 07:07PM  Partido Nacional se pronuncia ante retraso de conteo de votos

 07:25PM  CNE: R elecciones prima 30 días 

INICIO    PREMIUM    HONDURAS    SAN PEDRO    SUCESOS    DEPORTES    ESPECTÁCULOS    MUNDO

TEMAS DESTACADOS   Elecciones primarias 2021   Elecciones internas Honduras   Resultados elecciones

tipo de delito. La vox pópuli asegura que estas personas estaban ligadas a estos ilícitos, pero en los registros no existen denuncias ni capturas en su contra. Si se hubiera tenido conocimiento o denuncias, se habrían ejecutado las acciones pertinentes por medio de la Dirección Nacional de Lucha contra el Narcotráfico", manifestó Bonilla.

El primer atentado se perpetró el 27 de mayo, cuando Arita viajaba en una camioneta Hummer con placas PCI 1277 en compañía de sus guardaespaldas; uno murió y Arita y dos más resultaron heridos.

Cuando se recuperó de sus heridas, Franklin abandonó el país y el fin de semana había regresado sólo a encontrar la muerte.


reunión de Juan Orlando Hernández con Geovanny Fuentes


**02:28PM** Honduras recibirá a finales de marzo segundo lote con 92,000 vacunas de Covax


**03:38PM** Pediatras alertan a padres: Así actúa el Covid-19 en los niños


**12:13PM** Admiten antejuicio contra exalcalde de La Ceiba por presuntos actos de corrupción

## TAGS

Masacre    Copan    Honduras    Juan Carlos Bonilla

## COMENTARIOS                                    CLICK PARA VER COMENTARIOS

### Suscríbete a nuestra Newsletter:

### Lo que debes saber hoy

Conoce las noticias más relevantes en Honduras y el mundo que son temas de debate.

Su correo*

Por favor, verifique su solicitud*

[ ] I'm not a robot    reCAPTCHA
                       Privacy - Terms

**MÁS LEIDAS**

**1** Testigo da detalles de reunión de Juan Orlando Hernández con Geovanny Fuentes

**2** Video viral: gigantesca anaconda siembra el terror en avenida de Brasil

**3** ¡Batacazo! UPN sepulta el invicto del Olimpia en el Clausura 2021

**4** Última hora: Banegas felicita a Luis Zelaya por los resultados electorales

**AMIGA**

**MODA Y BELLEZA** Rosalía diseña



Matan a balazos a gerente de una empresa en Puerto Cortés

Read Next Story ›

propone el polietileno como la tela sostenible del futuro

**HOGAR** Presta atención a todo lo que tu perro se trague

INICIO    PREMIUM    HONDURAS    SAN PEDRO    SUCESOS    DEPORTES    ESPECTÁCULOS    MUNDO

**TEMAS DESTACADOS**    Elecciones primarias 2021    Elecciones internas Honduras    Resultados elecciones

Matan a balazos a gerente de una empresa en Puerto Cortés

Read Next Story

Advertisement

# Police: 'Settlement of accounts, possible cause of massacre'

Jul 28, 2011 / 05:07 AM / Editorial Department / Copan

The Copán police chief, Juan Carlos Bonilla, reported that 5.56 casings used in M-16 and Galil were found at the scene.

Two 40-mm grenade launcher impacts neutralized the victims of the attack in El Rosario, Santa Rita de Copán, which killed Franklin Arita Mata and three bodyguards who were traveling with him in his armored car.

Commissioner Juan Carlos Bonilla, regional police chief in Copán, assures that it was a well-planned job and may have started monitoring everything that the businessman Franklin Yanuario Arita Mata did since he arrived from the United States. "That allowed them to act effectively," he said.

"It is not clear how many attackers participated in the operation, but it was a surprise attack in a spot where it was not possible to escape."

Relatives of the four people who died in the attack arrived yesterday at Forensic Medicine to retrieve the bodies of their relatives and give them a Christian burial.

According to the police chief, "the settlement of accounts is considered as possible cause, considering that on May 27 Franklin Arita and his bodyguards had suffered a first attack in the village of Los Ranchos, where his bodyguard, identified as Boris Armando Espinoza, died."

The action has led to intense operations in the Northern corridor of Copán, where Bonilla reported that check points are set up to detect weapons that may be circulating in the area.

**The operation**

According to what the Copán police chief reported, everything was well planned: "From the moment Arita and his bodyguards Maudo Antonio Ramos Córdova, 32, Leonel Ramos Córdova, 35, Elvin Mejía, 23, and Marlon Urrutia on Tuesday at around four in the afternoon were riding in a gray Land Cruiser PCV 4463 armored pickup with red stripes until they were ambushed by strangers who first shot them with a grenade launcher on the roof and right side of the vehicle."

He specifies that grenade launchers were used because, based on the scene, two impacts are observed in the vehicle. High-powered weapons were used and as evidence 5.56 caliber casings were found in the location, ammunition used in M-16 and Galil.

"When the forensic medicine authorities examined the bodies, they did not find any personal documents or weapons that the bodyguards were supposed to be carrying. They believe that the attackers cleaned up the scene thoroughly, "he added.

Beside where the attack took place and on a nearby road, investigative authorities found traces of blood and therefore presume that one of the victims may have answered the attack, injuring one of the murderers.

**He had already been attacked**

The National Police supports the theory that the cause of the crime against the businessman and his bodyguards is a "vendetta" because the deceased had been previously the victim of an attack in which he was wounded.

"It is a vendetta because the first attack against the businessman Franklin Arita was in May. We have no record of drug trafficking history of any of the deceased; they have not been detained for this type of crime. Common opinion has it that these people were linked to these crimes, but in the records there are no charges or arrests against them. If there had been knowledge or reports, the pertinent actions would have been carried out through the National Directorate to Combat Drug Trafficking, "Bonilla said.

The first attack was perpetrated on May 27, when Arita was traveling in a Hummer van with PCI 1277 plates accompanied by his bodyguards; one died and Arita and two others were injured.

When he recovered from his injuries, Franklin left the country and returned on the weekend only to find death.