# EXHIBIT D


(https://hondudiario.com/)　　　　⏲ 16 / 03 / 2021 6: 34 PM

# hondudiario.com
### PRIMER PERIODICO DIGITAL DE HONDURAS
(https://hondudiario.com/)

(https://bit.ly/32GZ4ZI)

**ACTUALIDAD**　　KIM KARDASHIAN ESTÁ CADA VEZ MÁS CERCA DE GRADUARS

## CODEH ADVIERTE QUE HABRÁ MÁS CONSECUENCIAS PARA IMPLICADOS EN CASO MAGDALENO MEZA

IN **14 / 12 / 2019 9: 59 AM** (HTTPS://HONDUDIARIO.COM/2019/12/14/CONDEH-AD-VIERTE-QUE-HABRA-MAS-CONSECUENCIAS-PARA-IMPLICADOS-EN-CASO-MAGDALENO-MEZA/)

BY **HONDUDIARIO REDACCIÓN (HTTPS://HONDUDIARIO.COM/AUTHOR/RHONDUDIARIO/)**

**NACIONALES (HTTPS://HONDUDIARIO.COM/CATEGORY/NACIONALES/)**
**PORTADA (HTTPS://HONDUDIARIO.COM/CATEGORY/PORTADA/)**
**SUCESOS (HTTPS://HONDUDIARIO.COM/CATEGORY/NACIONALES/SUCESOS/)**

SKIP ALL ADS
Enjoy the Internet without annoyin

(https://bit.ly/32GZ4ZI)

*** La fuente manifestó que los actores del crimen que le quitó la vida tanto a Armas como al abogado José Luis Pinto, asesinado en Copán; han mandado un mensaje de que seguirá habiendo consecuencias para involucrados en el caso de Magdaleno Meza Fúnez.

Tegucigalpa, Honduras

El



(https://hondudiario.com/wp-content/uploads/2019/12/Codeh-750x455-1.jpg)

*Presidente del Codeh, Hugo Maldonado*

presidente del Comité para la Defensa de los Derechos Humanos (Codeh), Hugo Maldonado, manifestó que el asesinato del director del centro penal de Ilama, Santa Bárbara conocido como El Pozo, Pedro Idelfonso Armas, es producto de la decidía del Instituto Nacional Penitenciario (INP) y que la misma va a continuar en perjuicio de todos los involucrados en el caso Magdaleno Meza.

"Yo creo que el director de El Pozo ha sido víctima de la misma decidía del INP, porque andar en ese lugar, así como iba a ver a su familia, con ropa deportiva, no se le hubiese enviado de la manera en que se fue en esa carretera, creo que debemos ser más cuidadosos, él era una pieza fundamental para el esclarecimiento de la muerte de Magdaleno", declaró Maldonado.

La fuente manifestó que los actores del crimen que le quito la vida tanto a Armas como al abogado José Luis Pinto, asesinado en Copán, han mandado un mensaje de que seguirá habiendo consecuencias para involucrados en el caso de Magdaleno Meza Fúnez.

En tal sentido, indicó que, "se debe mejorar la situación de la investigación criminal, si no le ponemos atención a la lucha tenaz contra la impunidad, los muertos van a seguir apareciendo de las diferentes formas en que han estado apareciendo, lamentablemente para el país el talón de Aquiles sigue siendo la investigación criminal".



https://hondudiario.com/wp-content/uploads/2019/12/WhatsApp-Image-2019-12-13-at-4.33.08-PM.jpeg)El asesinato de Armas el pasado viernes a manos de desconocidos en la carreta que conduce de Choluteca a San Lorenzo cuando viajaba en su vehículo tipo pick-up sucedió mientras la victima estaba suspendida de su cargo como director del El Pozo por ser la persona que platicaba con el recluso Magdaleno Meza Fúnez en el interior del centro penal de Ilama, al momento de ser ejecutado por pandilleros el pasado mes de octubre.

Mientras que el abogado José Luis Pinto figuraba como parte del grupo de abogados que conocía el proceso de defensa de Magdaleno Meza, ligado a las mencionadas "narco libretas". **OB/Hondudiario**

**URL Corta:** http://bit.ly/2rClmLX (http://bit.ly/2rClmLX)



**RELATED ITEMS**

**CONDEH (HTTPS://HONDUDIARIO.COM/TAG/CONDEH/)**

**HONDUDIARIO (HTTPS://HONDUDIARIO.COM/TAG/HONDUDIARIO/)**

**HONDURAS (HTTPS://HONDUDIARIO.COM/TAG/HONDURAS/)**

**MAGDALENO MEZA (HTTPS://HONDUDIARIO.COM/TAG/MAGDALENO-MEZA/)**

**NACIONALES (HTTPS://HONDUDIARIO.COM/TAG/NACIONALES/)**

**NOTICIAS (HTTPS://HONDUDIARIO.COM/TAG/NOTICIAS/)**

03/13/2021 10:02 PM


(https://hondudiario.com/)

(https://bit.ly/32GZ4ZI)

PRESENT | INTERNAL TOURISM GRANTS A "FREE MOMENT" TO HONDURA

## CODEH WARNS THAT THERE WILL BE MORE CONSEQUENCES FOR THOSE INVOLVED IN THE MAGDALENO MEZA CASE

IN **12/14/2019 9:59 AM (HTTPS://HONDUDIARIO.COM/2019/12/14/CONDEH-ADVIERTE-QUE-HABRA-MAS-CONSECUENCIAS-PARA-IMPLICADOS-EN-CASO-MAGDALENO-MEZA/)**

BY **HONDUDIARIO DRAFTING (HTTPS://HONDUDIARIO.COM/AUTHOR/RHONDUDIARIO/)**

**NATIONALS (HTTPS://HONDUDIARIO.COM/CATEGORY/NACIONALES/)**
**COVER PAGE (HTTPS://HONDUDIARIO.COM/CATEGORY/PORTADA/)**
**EVENTS (HTTPS://HONDUDIARIO.COM/CATEGORY/NACIONALES/SUCESOS/)**

(https://bit.ly/32GZ4ZI)

*** The source stated that the actors in the crime that took the life of both Armas and the lawyer José Luis Pinto, murdered in Copán, have sent a message that there will continue to be consequences for those involved in the case of Magdaleno Meza Fúnez.

Tegucigalpa, Honduras


(https://hondudiario.com/wp-content/uploads/2019/12/Codeh-750x455-1.jpg)

*President of Codeh, Hugo Maldonado*

The president of the Committee for the Defense of Human Rights (Codeh), Hugo Maldonado, stated that the murder of the director of the Ilama prison, Santa Bárbara known as El Pozo, Pedro Idelfonso Armas, is the product of the decision of the National Penitentiary Institute (INP) and that it will continue to the detriment of all those involved in the Magdaleno Meza case.

"I believe that the director of El Pozo has been a victim of the same decision of the INP, because walking in that place, just as he was going to see his family, with sports clothes, would not have been sent to him the way he left. On that road, I think we must be more careful, he was a fundamental piece in the clarification of Magdaleno's death, "Maldonado declared.

The source stated that the actors in the crime that took the life of both Armas and the lawyer José Luis Pinto, murdered in Copán, have sent a message that there will continue to be consequences for those involved in the case of Magdaleno Meza Fúnez.

In this sense, he indicated that, "the situation of the criminal investigation must be improved, if we do not pay attention to the tenacious fight against impunity, the dead will continue to appear in the different ways in which they have been appearing, unfortunately for the country the Achilles heel

continues to be the criminal investigation ".



(https://hondudiario.com/wp-content/uploads/2019/12/WhatsApp-Image-2019-12-13-at-4.33.08-PM.jpeg)The murder of Armas last Friday at the hands of unknown persons in the wagon that leads from Choluteca to San Lorenzo when he was traveling in his pick-up vehicle happened while the victim was suspended from his position as director of El Pozo for being the person who was talking. with the inmate Magdaleno Meza Fúnez inside the llama prison, when he was executed by gang members last October.

While the lawyer José Luis Pinto appeared as part of the group of lawyers who knew the defense process of Magdaleno Meza, linked to the aforementioned "narco notebooks". OB / Honduran

**Short URL:** http://bit.ly/2rClmLX (http://bit.ly/2rClmLX)



**RELATED ITEMS**

**CONDEH (HTTPS://HONDUDIARIO.COM/TAG/CONDEH/)**

**HONDURAN (HTTPS://HONDUDIARIO.COM/TAG/HONDUDIARIO/)**

**HONDURAS (HTTPS://HONDUDIARIO.COM/TAG/HONDURAS/)**

**MAGDALENO MEZA (HTTPS://HONDUDIARIO.COM/TAG/MAGDALENO-MEZA/)**

**NATIONALS (HTTPS://HONDUDIARIO.COM/TAG/NACIONALES/)**

**NEWS (HTTPS://HONDUDIARIO.COM/TAG/NOTICIAS/)**