# EXHIBIT E





Inicio        Noticias        Opinión        Justicia        Economía        Contáctenos

# HONDURAS / EN MASACRE ASESINAN EMPRESARIO Y EXPOLICIA CITADO EN JUICIO "TONY"

Publicado: 26 Febrero 2021

› Honduras,   › Masacres en Honduras,   › juicio de "Tony",   › "Miguelito" Carrión,   › Normando Lozano López,

**Un escuadrón de "falsos policías" ejecutó esta mañana en San Pedro Sula a seis personas, entre ellas, el empresario "Miguelito Carrión" y el exsubcomisionado de Policía, Normando Lozano López, uno de los cinco oficiales mencionados en el juicio donde "Tony", hermano del actual gobernante, fue declarado culpable por narcotráfico en Estados Unidos.**

**Según el Observatorio del Crimen de EL LIBERTADOR (OCEL), el 2020 cerró con 145 masacres que cobraron la vida de 367 personas. En estos eventos se incluye crímenes dobles, porque la valoración del crimen se realiza no por la cantidad de víctimas, sino por la brutalidad de la ejecución criminal.**



**Redacción Central / EL LIBERTADOR**

**Tegucigalpa.** Hace unos instantes el terror, la sangre y las balas resonaron en San Pedro Sula, la Policía Nacional ha reportado una nueva masacre en el barrio Guamilito de la capital industrial, al norte del país, entre los seis ejecutados se encuentra el empresario y precandidato a diputado por Libertad y Refundación (Libre), Miguel "Miguelito" Carrión y el exsubcomisionado de Policía, Normando Lozano López, mencionado en el juicio de Juan Antonio "Tony" Hernández.

De acuerdo a la información preliminar, dada por testigos en el lugar, el suceso violento fue perpetrado por un escuadrón de personas con indumentaria policial a bordo de un vehículo doble cabina. Los "falsos policías" gritaron a sus víctimas para que se colocaran de espaldas a la pared de un edificio en construcción para disparar a quemarropa.



El cuerpo del empresario fue encontrado al interior del edificio, según reporte preliminar, entre las otras víctimas está Normando Lozano López (foto más abajo), quien fuera subcomisionado de la Policía y, según lo referido, formaba parte de la seguridad de "Miguelito".

Es de recordar que el industrial fue arrestado y encarcelado al suponerlo responsable de delitos de extorsión y asociación ilícita; sin embargo, tras 16 meses preso recibió el 26 de octubre de 2018 el sobreseimiento definitivo por falta de pruebas.

En tanto, Lozano López había sido detenido en su casa de habitación en Choloma, Cortés, en poder de 226,000 dólares. El exoficial fue depurado en 2012 y, en su momento, llegó a ser jefe departamental en Ocotepeque, donde fue movido por Juan Carlos "El Tigre" Bonilla, cuando éste se convirtió en director de la Policía Nacional.

Durante el proceso, el Ministerio Público también acusó a Lozano López por Tráfico Ilícito de Drogas y por Porte ilegal de armas de fuego; sin embargo, luego de revisar la evidencia disponible presentada durante el debate, la Corte Suprema decidido a absolverlo de estos cargos.

Cabe señalar que Lozano López fue condenado a 15 años de prisión por lavado de activos y además, fue uno de los cinco nombres de policías mencionados en el juicio del hermano del gobernante Juan Hernández, en la corte del Distrito Sur de New York.

Los otros oficiales mencionados en el juicio donde "Tony" fue declarado culpable son: Juan Carlos Bonilla, Nelson Jeovanny Casco Rodríguez, Mauro Antonio Flores Santos y Mauricio Hernández Pineda, este último primo del jefe de Estado.

Según la Dirección de Lucha Contra el Narcotráfico (DLCN), Lozano López estaba relacionado con la estructura criminal trasnacional liderada por el mexicano, Gregorio Ramírez Coria, quien fue detenido con el hondureño Francisco Sinestros García en marzo de 2014.

Según el Observatorio del Crimen de EL LIBERTADOR (OCEL), el 2020 cerró con 145 masacres que cobraron la vida de 367 personas. En estos eventos se incluye crímenes dobles, porque el criterio de esta institución es medir la brutalidad de la violencia con la que operan grupos antisociales.

El OCEL además definió que el año anterior, el 81 por ciento de los crímenes múltiples se registró desde el 12 de marzo cuando se decretó el confinamiento estricto por la emergencia por el nuevo coronavirus y en cuanto a los homicidios totales de 2020, el 80 por ciento ocurrieron a partir de esa fecha.

En este 2021 ya han sido asesinados 506 personas, apenas 51 menos que 2020, de acuerdo a los datos oficiales del Sistema Estadístico Policial (Sepol). En 2020 fueron ejecutados un total de 3,496 hondureños.

Anterior                                                                 Siguiente >

Comentarios

#2 **Cesar Cabrera Vides**   27-02-2021 03:44                         +1
ASESINATOS SELECTIVO ORDENADOS DESDE LA NARCODICTADURA EN HONDURAS PARA ELIMINAR POSIBLES TESTIGOS EN LAS CORTES DE EE.UU. LO MISMO SUCEDIÓ CON MAGDALENO MEZA, ASESINADO EN UNA CÁRCEL HONDUREÑA.
Citar

#1 **Martha Flores**   26-02-2021 19:51                               +1
Juan Narco está masacrando, a los mencionados en el juicio del Narco TH, es un ASESINO, Genocida, una bestia.
Citar

Refrescar lista de comentarios

Escribir un comentario

Nombre (requerido)

E-mail (requerido)

1000 simbolos

☐ Subscribirse a la notificación de nuevos comentarios

Refescar

**Enviar**

JComments

© 2021 Medios de comunicación Alternativos y Conexos S.D.R.L.





| Start | News | Opinion | Justice | Economy | Contact Us |

# HONDURAS / IN MASSACRE BUSINESSMAN KILLED AND EXPOLICED CITED IN LAWSUIT "TONY"

Published: February 26, 2021

> Honduras,   > Massacres in Honduras,   > trial of "Tony",   > "Miguelito" Carrión,   > Normando Lozano López,

**A squad of "false policemen" executed this morning in San Pedro Sula six people, including the businessman "Miguelito Carrión" and the former deputy police commissioner, Normando Lozano López, one of the five officers mentioned in the trial where "Tony" , brother of the current president, was found guilty of drug trafficking in the United States.**

**According to the EL LIBERTADOR Crime Observatory (OCEL), 2020 ended with 145 massacres that claimed the lives of 367 people. These events include double crimes, because the assessment of the crime is made not by the number of victims, but by the brutality of the criminal execution.**

**Central Editorial Office / EL LIBERTADOR**

**Tegucigalpa.** A few moments ago the terror, blood and bullets resounded in San Pedro Sula, the National Police has reported a new massacre in the Guamilito neighborhood of the industrial capital, in the north of the country, among the six executed is the businessman and candidate for deputy for Libertad y Refundación (Free), Miguel "Miguelito" Carrión and the former Police Deputy Commissioner, Normando Lozano López, mentioned in the trial of Juan Antonio "Tony" Hernández.



According to preliminary information, given by witnesses at the scene, the violent event was perpetrated by a squad of people in police clothing aboard a double cabin vehicle. The "fake policemen" yelled at their victims to stand with their backs to the wall of a building under construction to shoot at point-blank range.

The body of the businessman was found inside the building, according to a preliminary report, among the other victims is Normando Lozano López (photo below), who was deputy commissioner of the Police and, according to what was referred, was part of the security of "Miguelito".

It should be remembered that the industrialist was arrested and imprisoned on the assumption that he was responsible for crimes of extortion and illicit association; However, after 16 months in prison, he received a final dismissal on October 26, 2018 due to lack of evidence.

Meanwhile, Lozano López had been detained at his home in Choloma, Cortés, in the possession of $ 226,000. The ex-officer was purged in 2012 and, at the time, he became departmental chief in Ocotepeque, where he was moved by Juan Carlos "El Tigre" Bonilla, when he became director of the National Police.

During the process, the Public Ministry also accused Lozano López of Illicit Drug Trafficking and illegal possession of firearms; However, after reviewing the available evidence presented during the debate, the Supreme Court decided to acquit him of these charges.

It should be noted that Lozano López was sentenced to 15 years in prison for money laundering and was also one of the five names of police officers mentioned in the trial of the brother of the governor Juan Hernández, in the court of the Southern District of New York.

The other officers mentioned in the trial where "Tony" was found guilty are: Juan Carlos Bonilla, Nelson Jeovanny Casco Rodríguez, Mauro Antonio Flores Santos and Mauricio Hernández Pineda, the latter cousin of the head of state.

According to the Directorate for the Fight Against Drug Trafficking (DLCN), Lozano López was related to the transnational criminal structure led by the Mexican, Gregorio Ramírez Coria, who was arrested with the Honduran Francisco Sinestros García in March 2014.

According to the EL LIBERTADOR Crime Observatory (OCEL), 2020 ended with 145 massacres that claimed the lives of 367 people. These events include double crimes, because the criterion of this institution is to measure the brutality of the violence with which antisocial groups operate.

The OCEL also defined that the previous year, 81 percent of multiple crimes were registered since March 12, when strict confinement was decreed due to the emergency due to the new coronavirus and in terms of total homicides in 2020, 80 percent were one hundred occurred as of that date.

In 2021, 506 people have already been murdered, just 51 less than 2020, according to official data from the Police Statistical System (Sepol). In 2020, a total of 3,496 Hondurans were executed.

Previous     Next >

Comments

# 2 **Cesar Cabrera Vides**    02-27-2021 03:44    +1
SELECTIVE KILLINGS ORDERED FROM THE NARCODICTATORSHIP IN HONDURAS TO ELIMINATE POSSIBLE WITNESSES IN THE US COURTS THE SAME HAPPENED TO MAGDALENO MEZA, KILLED IN A HONDURAN PRISON.
Quote

# 1 **Martha Flores**    02-26-2021 19:51    +1
Juan Narco is massacring, those mentioned in the trial of the Narco TH, he is a MURDERER, a Genocide, a beast.
Quote

Refresh comment list

Write a comment

Name (required)

E-mail (required)

1000 symbols

☐ Subscribe to the notification of new comments

Refresh

Send

JComments

© 2021 Alternative and Related Media SDRL