UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------x
UNITED STATES OF AMERICA,  :
: ORDER
       -against-  :
: S2 15 CR 379-02 (PKC)
Juan Antonio Hernandez Alvarado,  :
:
       Defendants.  :
------------------------------------------------------x

CASTEL, U.S.D.J.

The sentencing of Juan Antonio Hernandez Alvarado previously scheduled for March 23, 2021 is adjourned to March 30, 2021 at 2:00 p.m. in Courtroom 11D at 500 Pearl Street, New York, New York.

SO ORDERED.

P. Kevin Castel
United States District Judge

Dated: New York, New York
       March 18, 2021