Honorable Judge
Kevin Castell
His chambers

Maria Elvira Alvarado (widow) de Hernandez respectfully extends her greetings from Gracias , Lempira , Honduras ; I am Juan Antonio Hernández Alvarado 's mother .
I am praying our lord Jesus Christ that Our Holy Father may shed divine light upon your difficult task in consideration of my son' s innocence .
I was present in the room as you addressed the jury members and could'nt help but feel you were a kind and fair man , may our Lord bestow wisdom upon you .
I am putting my suffering in the hands of Jesus Christ because only HE knows the hearts of all human beings .
With all due respect your honor , I felt my heart being stabbed upon hearing so many lies and how easily a human being could be belittled; sad to see how unaware many are of THE who gave us life and to whom we will one day have to answer as well .
Your honor , I hereby respectfully request on behalf of my other children as well , leniency for my son Juan Antonio who is fearful of God .
His children everyday beg the Lord for the return of their father and the six year old little girl in church on her knees prays for the release of her father unfairly held away from her ; many people today , friends as well as clerics and church authorities find themselves praying for Juan Antonio's release .
May our Holy Father bless your life and the Holy Spirit shed the necessary light and wisdom for a just and fair outcome .

My respectful appreciation today and always

Maria Elvira Alvarado

Sr: Juez.
Kelvin Castell.
Su Oficinas.

María Elvira Alvarado V. de Hernandez.
Le saludo de Gracias Lempira C.A.
Soy la Madre de Juan Antonio Hernandez Alvarado.
Le estoy orando a nuestro Señor Jesucristo, para que ud.
sea iluminado con la luz divina y justa porque
en sus manos esta el caso que sea considerado mi
hijo es inocente. Escuche sus palabras para el jurado
y sentí que es hombre Justo, Dios le de sabiduría.
mi sufrimiento esta en manos de Cristo Jesús porque
el conoce los corazónes de todo ser humano.
Con el respeto que merece el Sr. Juez que sentí
herido mi corazón al escuchar tanta mentiras,
con que facilidad denigran a las personas,
qué triste no conocer al ser que nos dio la vida
y que nos pedira cuenta. Sr: Juez le pido
Clemencia por mis hijos los conozco Antonio
es temeroso de Dios. Sus hijitos le piden a Jesus
que les mande a su papá la niña de 6 años.
arrodillada en la iglesia que Jesus les monde a su
papá que pesar por algo injusto. Sr. Juez, hoy
muchos amigos orando por de Juan Antonio sacerdotes
Obispos y mucha personas por la libertad de
Antonio. Sr: Juez ten Compasion por misericordia.
Salmo 26-V.12. Librame del afan de mis contrarios
pues contra mi se levantan falsos testigos,
que lanzan amenazas.
Dios le bendiga toda su vida y el Espíritu
Santo le de reflejada la decision justa que agrada
a Dios. Sr. Juez mi agradecimiento hoy y siempre

Respetuosamente
[signature]