The Honorable P. Kevin Castel United States District Judge Southern District of New York 500 Pearl Street

Noviembre 15, 2019

United States v. Juan Antonio Hernández Alvarado, S2 15 Cr. 379 (PKC)

Dear Judge Castel:

Su señoría , soy Lesby Janeth Flores, madre de cuatro hijos, de profesión Pedagoga, la hermana No. 13 de 17 hermanos de la descendencia de nuestro padre el señor Juan Hernandez Villanueva, pues al ser varios hermanos, nuestro padre tuvo la visión muy clara de forjar la unión familiar y así es como nuestro padre se encargó de mantener una relación de amor, respeto, honestidad, trabajo, inculcar principios y colaboración, entre todos sus hijos sin distinción de nada y es así como, nuestra relación con nuestro hermano menor Juan Antonio ha sido de amor y respeto, reconocemos que es un excelente hermano, padre, hijo, es un hombre responsable, muy humanitario con el más necesitado, honrado en los actos de su vida, como padre esposo, muy amoroso con su hijos.

Reconozco que todos cometemos errores, nadie de nosotros estamos exentos, por lo que pedimos con todo respeto que a Juan Antonio se le otorgue una oportunidad para enmendar los suyos , antes de pasar por este juicio su historial está limpio de cualquier acusación, y desconocemos la situación y a la persona que describen en el juicio ese NO es Juan Antonio, por lo que acudimos y apelamos en nombre de Jesús a su corazón de padre, hijo, hermano, pedimos clemencia señor Juez que se le otorgue la libertad a nuestro hermano, para que pueda reunirse con sus pequeños hijos , esposa y su madre que ha sufrido tanto con estos sucesos y aunado a la pérdida reciente de nuestra hermana Hilda en un accidente aéreo el pasado 2017.
Por lo que en nombre de toda la familia y de cada uno de mis hermanos pido clemencia por amor a Dios y una oportunidad para que Juan Antonio pueda salir libre.

Atte.
Lesby Janeth Flores

The Honorable P. Kevin Castel United States District Judge Southern District of New York 500 Pearl Street

Noviembre 15, 2019

United States v. Juan Antonio Hernández Alvarado, S2 15 Cr. 379 (PKC)

Dear Judge Castel:

Your honor, I am Lesby Janeth Flores, mother of four children, by profession Pedagogue, sister No. 13 of 17 brothers of the descent of our father Mr. Juan Hernandez Villanueva, because being several brothers, our father had a very clear vision to forge the family union and this is how our father was responsible for maintaining a relationship of love, respect, honesty, work, instilling principles and collaboration, among all his children without distinction of anything and that is how, our relationship with our younger brother Juan Antonio has been of love and respect, we recognize that he is an excellent brother, father, son, is a responsible man, very caring with the most needy, honored in the acts of his life, as a husband husband, very loving with his children. I recognize that we all make mistakes, no one of us is exempt, so we ask with all due respect that Juan Antonio be granted an opportunity to amend his own, before going through this trial his record is clear of any accusation, and we do not know the situation and the person described in the trial that is NOT Juan Antonio, so we come and appeal in the name of Jesus to his heart as a father, son, brother, we ask clemency Mr. Judge to grant freedom to our brother, to that he can meet with his little children, wife and his mother who has suffered so much with these events and coupled with the recent loss of our sister Hilda in a plane crash last 2017. So in the name of the whole family and each of my brothers I ask for mercy for the love of God and an opportunity for Juan Antonio to be free.

Atte.
Lesby Janeth Flores

New York, New York 10007
The Honorable P. Kevin Castel
United States District Judge Southern
District of New York, 500 Pearl Street

November 15th, 2019

United States v. Juan Antonio Hernandez Alvarado,
S2 15 Cr.379
(PKC)

Honorable Judge
Kevin Castel
Your bureau

Aixa Marlene Hernandez Alvarado greets you from the city of Gracias, Lempira
16th sibling from this blessed family which God and our ancestors gave us. We l
ever since I have use of reason, our father made it that way. He always encourage
for one another, from the youngest one to the eldest, we are certain, that from hea
happy that we have accomplished it that way.The situation that we have been liv
12 months regarding Juan Antonio I do not desire it to anyone. Especially when
continuously suffering ever since the death of her oldest daughter, Hilda Rosario
imagine what a mother that has faced all these tests feels, all this is so hard to acc
can provide her peace, but behind every sight, there is a pain.

I cannot bring myself to believe that my younger brother is in prison. Your Hono
clemency on him, you as a judge must certainly have that discern feeling when a
either guilty or not. Please believe me, I grew up with Juan Antonio, ever since h
has been friendly, caring, comical, and so sensitive, as years passed by, he did no
would always tell him ''You trust people way too much, you trust them in a fool
father used to say that we should not give too much to people because as humans
always want more and more''. Unfortunately, Juan Antonio was not blessed eno
more time with our father, so that he could be a mentor for him in the same way
older siblings. He did not spend enough time so that he would have given his wis
advice to Juan Antonio. The advises that my father had to learn, experiences he s
did not wish his kids would suffer, all the lessons he learned from the school that
everything he tried to transmit to his children, but Juan Antonio was way too you
father died.

Your Honor, I do not know the Juan Antonio that the witnesses described during

Once again, I always told him "You are too easy to get through". Juan Antonio
one can help anyone, one is called to do so, that is what our father always did."
moment I could not tell him anything else, because he was right, not all people h
intentions.

Your honor, in your hands, is the destiny of Juan Antonio. We pray every day so
give you wisdom, and mindfulness so that at the moment that you make your dec
reflected. I hope that this letter can be a representation of who the real Juan Anto
Antonio I know. I pray that you realize that earthly justice turned around on him.
mercy on him. I am certain that this experience now has taught him when to keep
fellowship. His mother, siblings, his kids, family, and friends, that only wish goc
be eternally grateful if you take our letter of clemency into consideration.

" Good and upright is the Lord; therefore, he instructs sinners in his ways. He gu
in what is right and teaches them his way." (Psalms 25: 8-9).

God bless you and guides you, your honor, today and always.

Respectfully,


Aixa Marlene Hernandez Alvarado.

New York, New York 10007
The horable P. Kevin Castel  United
States District Judge Southern
District of New York 500 Pearl Street

November  15,2019

United States v. Juan Antonio
Hernández Alvarado, S2 15 Cr.379
(PKC)


Sr Juez
Kevin Castell
Su oficina


Aixa Marlene Hernández Alvarado le saluda desde la ciudad de Gracias Lempira C.A soy la número 16 de esta bendecida familia que Dios y nuestros progenitores nos regalaron, somos unidos desde desde que yo tengo uso de razón, nuestro papá, logro que fuera así, siempre nos alentó a estar allí para cada uno de nosotros tanto chicos y grandes, desde el cielo estamos seguros está feliz que seguimos cumpliendo su deseo.

La situación que vivimos desde hace doce meses con Juan Antonio no se la deseo a nadie , mas cuando miro a nuestra madre sufrir tan seguidamente de la muerte de su hija mayor Hilda Rosario, me imagino los pensamientos de una madre que está pasando por estas pruebas, tan difícil de aceptar… solo Dios puede brindarle la Fortaleza que demuestra ,aunque sé que detrás de cada suspiro, allí esta su dolor, parece un sueño … no puedo creer que mi hermano termine toda su vida en prisión … Sr Juez por favor tenga clemencia con él, usted con su  experiencia como juez puede saber cuando un preso es culpable o no, créame crecí con él, desde niño  siempre fue amigable, juguetون,cariñoso,emotivo,con el paso de los años nada ha cambiado en su carácter siempre le dije eres muy buena gente,confiado,ingenuo, nuestro papá decía que no hay que dar mucho porque los seres humanos siempre queremos mas y mas, lastimosamente Juan Antonio , no tuvo la bendición de estar más tiempo con nuestro papá , para que pudiese orientarle como lo hizo con sus demás hijos, brindarle los consejos sabios y acertados , que con el paso de los años , ellos tuvieron y no desean sus hijos cometan los errores que vivieron ellos, durante sus experiencias en la escuela de la vida.

Sr Juez; no conozco al Juan Antonio que describieron los testigos durante el juicio, lo unico que acepto es haberse relacionado con las personas incorrectas, como todo ser humano no es un ángel... no deseo escribir todos los calificativos que dijeron allí contra de él, me aterra esa persona que dicen es el , Juan Antonio es un hijo, hermano ,tío, papá, amigo que es capaz de quedarse sin nada por darle a otra persona techo, comida y abrigo, le repito siempre le dije eres my fácil de convencer y él me contestaba si puedo hacer algo por las personas , lo hare eso nos dijo siempre nuestro papa , entonces ya no le decía nada ... porque tenía razón, al final no todas las personas tenemos malos sentimientos.

Sr Juez en sus manos está el destino de Juan Antonio Oramos diariamente para que Dios le dé a usted sabiduría, discernimiento para que al momento de dictar sentencia, en su decisión se vea reflejada la justicia divina, espero que esta carta en la que describo a Juan Antonio la persona que yo conozco ... le permita a usted darse cuenta que la justicia terrenal se ha ensañado contra él, le imploro tenga piedad de Juan Antonio, se que con esta dura experiencia ha entendido cuando seguir con una amistad o mejor de lejos totalmente, madre hermanos, sobrinos , esposa, hijos, demás familia y amigos que le quieren bien le estaremos eternamente agradecidos si usted toma en cuenta nuestra carta de clemencia por mi hermano Juan Antonio .

«Bueno y recto es el Señor; por tanto, El muestra a los pecadores el camino. Dirige a los humildes en la justicia y enseña a los humildes su camino» (Salmos 25:8-9)

Dios le bendiga y le ilumine Señor Juez hoy y siempre.

Respetuosamente.


_____

**Aixa Marlene Hernández Alvarado**

New York, New York 10007

The Honorable P. Kevin Castel United States District J

JUDGE SOUTHERN DISTRICT OF NEW YORK 500 PEARL STREET

October 31, 2019

United States v. Juan Antonio Hernández Alvarado S2 15 Cr 379(PKC

Dear Judge CASTEL:

My name is MARIA ELENA MATUTE DE HERNANDEZ, Lawyer and Notary 80 years,

id Honduras 2101-1985-00094, international officer for 25 years in the CABEI, now retired

from the same body, 7 years Judge of the Supreme Court of Justice of Honduras 2002 -

2009, and from that year exercising the profession of lawyer and independent notary.

Your Honor: The summary of my professional life is only transmitted to you so that you

have the complete assurance that I am a legal professional with moral convictions and

principles attached to justice, respect for the laws, and most importantly, a mother member

from a family where I always practiced and taught the value of honesty, that for nothing

and no one would give a false testimony. On this occasion I turn to you to express that

JUAN ANTONIO HERNANDEZ ALVARADO is a good person and that if he was wrong

to believe in the good faith of people he barely knew in the last decade and did not

distinguish his intentions, this experience has made him meditate and repent, he has the

capacity and will to amend them, he is a human being with desire to excel as a lawyer, and

father of 3 children, two even children of 5 and 11 years of age, father figure that is

irreplaceable, so they need not only of his presence but also of his advice and especially of

his good example, in addition his mother is a suffered and devoted woman, who recently

lost a daughter in a plane crash, and who today suffers terribly from her other son and who

at Just like his father and brothers, they tried and will continue trying to follow the example



of all of them who are useful people to society, professionals and who have managed to reach important positions with their profession. a and what is valued most coming from a humble, peasant family whose father with only his work formed those 17 children all 11 professionals with university degrees.

My name is MARIA ELENA MATUTE DE HERNANDEZ, Lawyer and Notary 80 years old, id Honduras 2101-1985-00094, international officer for 25 years in the CABEI, now retired from the same body, 7 years Judge of the Supreme Court of Justice of Honduras 2002 -2009, and from that year exercising the profession of lawyer and independent notary. Your Honor: The summary of my professional life is only transmitted to you so that you have the complete assurance that I am a legal professional with moral convictions and principles attached to justice, respect for the laws, and most importantly, a mother member from a family where I always practiced and taught the value of honesty, that for nothing and no one would give a false testimony. On this occasion I turn to you to express that JUAN ANTONIO HERNANDEZ ALVARADO is a good person and that if he was wrong to believe in the good faith of people he barely knew in the last decade and did not distinguish his intentions, this experience has made him meditate and repent, he has the capacity and will to amend them, he is a human being with desire to excel as a lawyer, and father of 3 children, two even children of 5 and 11 years of age, father figure that is irreplaceable, so they need not only of his presence but also of his advice and especially of his good example, in addition his mother is a suffered and devoted woman, who recently lost a daughter in a plane crash, and who today suffers terribly from her other son and who at Just like his father and brothers, they tried and will continue trying to follow the example of all of them who are useful people to society, professionals and who have managed to reach important positions with their profession. a and what is valued most coming from a



humble, peasant family whose father with only his work formed those 17 children all 11 professionals with university degrees.

Next, I state what my relationship with Mr. JUAN ANTONIO HERNANDEZ ALVARADO is. I have been the wife of JUAN ANTONIO's elder brother, lawyer MARCO TULIO HERNANDEZ REYES; This family is very close and while his father Don Juan HERNANDEZ VILLANUEVA lived, we would continually meet on his birthday and for other celebrations, my 3 children, two of them from ages close to JUAN ANTONIO, have had family relationships with him as with everyone. Uncles and cousins, those who as a family have always enjoyed the consideration, respect and solidarity of many people, because they recognize that in their difficult times they always have the support of any of the Hernández brothers. In Gracias Lempira city where JUAN ANTONIO lives, there are many people from all social strata who have testified how many times JUAN ANTONIO helped them in times of difficulties, he is a humble person, he has a great human sensitivity and sense of correspondence With the needy.

YOUR HONOR:

As a family member, as a friend, as a Christian, I know that JUAN ANTONIO is sorry for any wrongdoing he has committed, he is seeking his redemption in the divine word contained in the Bible, he has no criminal record, he is a young legal professional that he wants to continue surpassing me I have faith in GOD and in you that when you judge JUAN ANTONIO HERNANDEZ ALVARADO, considering that it is a young professional who can rebuild his life and what was seen in the trial will do it with compassion and indulgence that would allow him, already fulfilled his sentence, to return to his country and his family, what we ask, we beg him, we implore him in the name of Jesus Christ. All with



the purpose that he can rebuild his life and that in the end he can return to his country with a positive mentality, with eagerness to overcome and with a life lesson that can transmit to his children, his family and his friends so that it will never happen to them, what he has had to live, I know because I know that this sad negative experience will serve him rather to achieve positive results for all but especially for his children and family which has always been An example of overcoming, work, honesty, family union, humility, etc.

I do not judge whether the guilty conviction is fair or unfair, but I do believe that JUAN ANTONIO has shown regret for any wrongdoing he has committed and that he is looking for his way in the teachings of the Lord. And as MIGUEL DE CERVANTES once said (famous Spanish writer)

"There is no sin so great, nor vice so empowered that with repentance not be erased or removed at all" so today I ASK CLEMENCE before you on whom depends the future of JUAN ANTONIO that He is a professional who wants to reintegrate into society, continue his studies and continue to watch over his children, especially those under 11 years old and another 5, since they are experiencing a socioeconomic family crisis.


GOD AND THE VIRGIN MARY BLESS YOU.

I make myself available to you: my address is:

MARIA ELENA MATUTE DE HERNANDEZ Lawyer

Colonia Lomas del Mayab, Costa Rica Avenue, Santa Rosa Street 1524

Tegucigalpa, M.D.C. Honduras Central America

New York, New York 10007

The Honorable P. Kevin Castel United States District J

JUDGE SOUTHERN DISTRICT OF NEW YORK 500 PEARL STREET

October 31, 2019

United States v. Juan Antonio Hernández Alvarado S2 15 Cr 379(PKC

Dear Judge CASTEL:

Mi nombre es MARIA ELENA MATUTE DE HERNANDEZ, Abogada y Notaria 80 años, id Honduras 2101-1985-00094, funcionaria internacional por 25 años en el BCIE, ahora jubilada del mismo organismo, 7 años Magistrada de la Corte Suprema de Justicia de Honduras 2002-2009, y a partir de ese año ejerciendo la profesión de Abogada y Notaria independiente.

Su señoría: El resumen de mi vida profesional solo se lo transmito para que usted tenga la completa seguridad de que soy una profesional del Derecho con convicciones y principios morales apegados a la justicia, el respeto a las leyes, y lo primordial, una madre miembro de una familia donde siempre practiqué y enseñé el valor de la honestidad, que por nada ni nadie daría un falso testimonio. En esta ocasión me dirijo a usted para expresarle que JUAN ANTONIO HERNANDEZ ALVARADO es una buena persona y que si se equivocó al creer en la buena fe de personas que apenas conoció en la última década y no distinguió sus intenciones, esta experiencia lo ha hecho meditar y arrepentirse, él tiene la capacidad y voluntad para enmendarlos, es un ser humano con ansias de superación como Abogado, y padre de 3 hijos, dos aun niños de 5 y 11 años de edad, figura paterna que es insustituible, por lo que necesitan no solo de su presencia sino también de sus consejos y sobre todo de su buen ejemplo, además su madre es una mujer sufrida y devota, que recientemente perdió a una hija en accidente aéreo, y que hoy sufre terriblemente por su otro hijo y que al igual que su padre y hermanos trataron y seguirán tratando de que el siga el ejemplo de todos ellos que son personas útiles a la sociedad, profesionistas y que con su profesión han logrado llegar a puestos de importancia y lo que se valora más procediendo de una familia campesina , humilde cuyo padre con solo su trabajo formó esos 17 hijos todos profesionistas 11 de ellos con grados universitarios.



A continuación, manifiesto cual es mi relación con el señor JUAN ANTONIO HERNANDEZ ALVARADO, soy la esposa desde hace más de 55 años del hermano mayor de JUAN ANTONIO, el abogado MARCO TULIO HERNANDEZ REYES; esta familia es muy unida y mientras vivió su padre don JUAN HERNANDEZ VILLANUEVA nos reuníamos continuamente en su cumpleaños y por otras celebraciones, mis 3 hijos, dos de ellos de edades cercanas a la de JUAN ANTONIO han mantenido relaciones de familia con él como con todos los tíos y primos, los que como familia siempre han gozado de la consideración, respeto y solidaridad de muchas personas, porque reconocen que en sus momentos difíciles cuentan siempre con el apoyo de cualquiera de los hermanos Hernández. En Gracias Lempira ciudad en la que vive JUAN ANTONIO, hay muchas personas de todos los estratos sociales que han dado testimonio de cuantas veces JUAN ANTONIO les ayudo en momentos de dificultades, él es una persona humilde, tiene una gran sensibilidad humano y sentido de correspondencia con el necesitado.

SU SEÑORIA:

Como familiar, como amiga, como cristiana, yo sé que JUAN ANTONIO está arrepentido de cualquier acción indebida que hubiere cometido, él está buscando su redención en la palabra divina contenida en la Biblia, él no tiene antecedentes penales, es un joven profesional del Derecho que quiere seguir superándose yo tengo la fe en DIOS y en usted que cuando juzgue a JUAN ANTONIO HERNANDEZ ALVARADO, considerando que se trata de un joven profesional que puede rehacer su vida y lo que se vio en el juicio lo hará con compasión e indulgencia lo que le permitiría, ya cumplida su condena, regresar a su país y a su familia, lo que le pedimos, le rogamos, le imploramos en el nombre de Jesucristo. Todo con el propósito de que él pueda rehacer su vida y que al final pueda regresar a su país con una mentalidad positiva, con ansias de superación y con una lección de vida que pueda trasmitir a sus hijos, a su familia y a sus amigos para que nunca les vaya a suceder a ellos, lo que a él le ha tocado vivir, yo sé porque lo conozco que ésta triste experiencia negativa le servirá más bien para lograr resultados positivos para todos pero en especial para sus hijos y familia la que siempre ha sido un ejemplo de superación, trabajo , honradez, unión familiar, humildad, etc.



Yo no juzgo si la condena de culpabilidad es justa o injusta, pero sí creo que JUAN ANTONIO ha demostrado arrepentimiento de cualquier hecho indebido que él haya cometido y que está buscando su camino en las enseñanzas del señor. Y como alguna vez dijo MIGUEL DE CERVANTES escritor español *"No hay pecado tan grande, ni vicio tan apoderado que con el arrepentimiento no se borre o quite del todo"* por lo que hoy PIDO CLEMENCIA ante usted de quien depende el futuro de JUAN ANTONIO que es un profesional que desea reintegrarse a la sociedad, continuar con sus estudios y seguir velando por sus hijos sobre todo los menores uno de 11 años y otro de 5 ya que estos están viviendo una crisis familiar socioeconómica.

QUE DIOS Y LA VIRGEN MARIA LO BENDIGAN.

Me pongo a disposición suya: mi dirección es:

Abogada MARIA ELENA MATUTE DE HERNANDEZ

Colonia Lomas del Mayab, avenida Costa Rica, calle Santa Rosa 1524

Tegucigalpa, M.D.C. Honduras, Centro América

The Honorable P. Kevin Castel United States District Judge Southern District of New York 500 Pearl Street

Noviembre 15, 2019

United States v. Juan Antonio Hernández Alvarado, S2 15 Cr. 379 (PKC)

Dear Judge Castel ,

My name is Carmen Leticia Hernández Espinoza I am 70 years old, born in western Honduras, in the city of Gracias department of Lempira. I live in Tegucigalpa, Francisco Morazán, married 49 years ago and with 4 children. I am a Primary Education Teacher with higher studies at the National Pedagogical University (UPNFM) in the area of Special Education with orientation in Language Therapy. With all due respect I turn to you to express as a sister of Juan Antonio Hernández Alvarado my feeling regarding the trial that took place in the state of New York, at the beginning of October of this year, where I consider he was accused and convicted in a manner unfair without credible evidence. I must tell you that Juan Antonio, the youngest of the brothers, belongs to a very large family, that we have been formed under Christian principles and values of love, unity, respect, honesty, responsibility, work and self-improvement, which are weapons for good performance. in life, they were instilled by our father Juan Hernández Villanueva (RIP) since we were little in a simple and family-friendly environment; line that we have maintained in personal and professional life which has allowed us to be a family known both in our hometown and in various parts of the country where we have worked.

Juan Antonio enjoyed since childhood in harmony and affection of parents, brothers, nephews and uncles. I have seen him grow and we have maintained a relationship of respect and as a sister I have advised him in opportune moments for the good performance in his life as well as to enjoy his personal and academic achievements, sharing in moments of joy and sadness that our families have been vivid. He is a simple man, respectful and supportive towards his neighbor,

loving with his mother and his family, a man who formed his home by dedicating time and work to give his children the support of each day, as well as ensure a Christian and academic formation that will serve the future of their lives. I know that he is worried about his children who are still young and that they feel confused and sad because they fail to understand why their dad is not with them and that they are eager to see him back home. Adding to this, the psychological damage they experience when their schoolmates express teasing and rejection of the news that has spread. In addition the economic concern, because Juan Antonio as a result of this situation does not have the solvency necessary to cover the expenses that this entails. I do not doubt that this time that Juan Antonio has been away from his family has served him a lot of reflection and is filled with spiritual health with the aim of making a change in his life since he has had the time to be close to God. My brother Juan Antonio is not that kind of person as the individuals who testified against him, and with false accusations, want to make him see; He is innocent. I can't help feeling sadness and helplessness for what my brother is going through unfairly right now.Given all this, Your Honor Judge Castel, with all due respect I ask, be merciful and have mercy in your sentence for Juan Antonio.

May my prayers to God Almighty be heard and may it be He who shines wisdom in his mind and shines the Light of Truth.

"We all need the forgiveness of God and neighbor. Therefore we must all be willing to forgive and ask for forgiveness. "MJMP, 1997.2

Thoughts

SS John Paul II

With all consideration,

Carmen L. Hernández E.

New York, New York 10007
The Honorable P. Kevin Castel
United States District Judge
Southern District of New York
500 Pearl Street

November 12, 2019

United States v. Juan Antonio Hernández Alvarado

S2 15 Cr. 379 (PKC)

Dear Judge Castel:

Mi nombre es Carmen Leticia Hernández Espinoza tengo 70 años de edad, nacida en el occidente de Honduras, en la ciudad de Gracias departamento de Lempira. Resido en Tegucigalpa, Francisco Morazán, casada hace 49 años y con 4 hijos. Soy Maestra de Educación Primaria con estudios superiores en la Universidad Pedagógica Nacional (UPNFM) en el área de Educación Especial con orientación en Terapia de Lenguaje.

Con todo respeto me dirijo a usted para expresarle como hermana de Juan Antonio Hernández Alvarado mi sentir respecto al juicio que se desarrolló en el estado de New York, a principios del mes de octubre del presente año, donde considero fue acusado y declarado culpable de manera injusta sin pruebas creíbles.

Debo comentarle que Juan Antonio, el menor de los hermanos, pertenece a una familia muy numerosa, que hemos sido formados bajo principios y valores cristianos de amor, unidad, respeto, honradez, responsabilidad, trabajo y superación, que son armas para el buen desempeño en la vida, mismos que fueron inculcados por nuestro padre Juan Hernández Villanueva (Q.D.D.G.) desde que éramos pequeños en un ambiente sencillo y de trabajo familiar; línea que hemos mantenido en la vida personal y profesional lo cual nos ha permitido ser una familia conocida tanto en nuestra ciudad natal como en diversas partes del país donde nos hemos desempeñado .

Juan Antonio disfrutó desde su infancia en armonía y cariño de padres, hermanos, sobrinos y tíos. Le he visto crecer y hemos mantenido una relación de respeto y como hermana le he aconsejado en momentos oportunos para el buen desempeño en su vida así como de disfrutar sus logros personales y académicos, compartiendo en momentos de alegría y tristeza que en nuestras familias se han vivido. Él es un hombre sencillo, respetuoso y solidario para con el prójimo, amoroso con su madre y su familia, un hombre que formó su hogar dedicando tiempo y trabajo para darles, a sus hijos, el sustento de cada día, así como velar por una formación cristiana y académica que servirá para el futuro de sus vidas. Sé que él está preocupado por sus hijos que aún son de corta edad y que se sienten confundidos y tristes porque no alcanzan a entender por qué su papá no está con ellos y que están deseosos por verlo de regreso en casa. Sumándole a esto, el daño psicológico que ellos experimentan cuando sus compañeros de escuelas expresan las burlas y rechazos por las noticias que se han difundido. Además la preocupación económica, pues Juan Antonio a raíz de esta situación no tiene la solvencia necesaria para cubrir los gastos que esto conlleva.

No dudo que este tiempo que Juan Antonio ha estado alejado de su familia le ha servido de mucha reflexión y se llena de salud espiritual con el ánimo de hacer un cambio en su vida puesto que ha tenido el tiempo para estar cerca de Dios.

Mi hermano Juan Antonio no es esa clase de persona como lo quieren hacer ver los individuos que atestiguaron en su contra, y con falsas acusaciones; él es inocente. No puedo dejar de sentir dolor tristeza e impotencia por lo que está pasando mi hermano injustamente en estos momentos.

Ante todo esto Su Señoría Juez Castel, con todo respeto pido, sea clemente y tenga misericordia en su sentencia para Juan Antonio.

Que mis plegarias a Dios Todopoderoso sean escuchadas y que sea Él quién haga brillar en su mente la sabiduría y resplandezca la Luz de la Verdad.

"Todos tenemos necesidad del perdón de Dios y del prójimo. Por tanto todos debemos estar dispuestos a perdonar y a pedir perdón." MJMP, 1997.2
Pensamientos
SS Juan Pablo II

Con toda consideración,

Carmen L. Hernández E.

El Tablon, Lempira. November 20th, 2019

I, Maria Teresa Lara, with 1313-1961-00406 as identification number, know Juan Antonio Hernandez as a humble, hard-working, honest, and generous person. I can describe him as friendly, with moral values that characterize him and his family. I knew his father, who was an exemplary man in society, just like Juan Antonio's mother. She is a virtuous woman whose actions are rooted in moral values and standards. Juan Antonio was always aware of our needs and was present to help us with his generous heart. He never told us no. Amidst this difficult situation that he is undergoing, I pray every day for his life. I do this, because that is not the Juan Antonio that I know. I call upon the almighty God to take control over this situation that he is in. I believe in his innocence because of his family's life journey. They are diligent, generous and honest. They always stretched their arm out to those in poverty that needed it the most.

Many blessings,

Maria Teresa Lara

El Tablón Oracias LemPira 20/11/2019

yo maria Teresa Lara con numero de ID
1313-1961-00406

conosco al abogado Juan Antonio
Hernandez como una Persona humilde
Trabajador onrado generoso con mocha
buena amistad con buenos Principios y
Valores que la caracterizan como Familia
Por que conocía su Padre un Señor
e Jemplar en la sociedad igual su
madre una mujer Virtuosa, con muchos
Principios y Valores el siempre Pendiente
de nuestras necesidades y con su
corazon Tenevoso nunca Puede decir que
no en estos momentos dificiles que esta
Posando oro cada dia Por su Vida
Por que ese no es el abbogado
Juan Antonio que yo conosco clamo al
Dios TodoPoderoso Para que el Tome
control de esta sitoacion que esta
enfrentando yo Creo en su inocencia Por la
trayectoria de su familia Personas
Luchadoras generosas honradas
a Poyando a los que mas lo necesitan
Saludos y Bemdisiones

att maria Teresa Lara

TEGUCIGALPA November 20, 2019

Your Excellency Judge.

"May the grace of the Lord Jesus Christ, and the love of God, and the fellowship of the Holy Spirit be with you all." 2 Corinthians 13:14

By this medium in a succinct form, I would like to let you know I am a Priest of the Catholic Church with 20 years of ministerial service in Honduras, Central America, knowing the Hernandez Alvarado family since 2013.

With the person I have related the most is Maria Elvira Alvarado, a person with a life of faith and service to her community, that with her simplicity she has given her family human values and those of faith. They are a family that has been formed since human Christian life. In this family context I make reference to Maria Elvira's son, Juan Antonio Hernandez Alvarado, that I have known since my proximity to his mother.

Since 2015 I found him exercising around his neighborhood, where I also ran. In the time I have known him I did not see any opulence, any extraordinary signs of wealth since his house was close to where I live, and it is one of the normal houses just like his neighbors.

My knowledge of his public actions is regarded as fun (parties) and his friendly way of treating others. Regarding his actions in Tegucigalpa, he is a loving father especially with his youngest. The kids have fun in the neighborhood just like any other kids, they don't count with any type of security form neither the state nor a private company.

In the San Ignacio neighborhood, Juan Antonio used to take walks and sometimes we'd meet up to exercise together. Back then, I never saw any type of unusual security other than the one a congressman is expected to have.  For this motive I testify my knowledge about this family's faith and their time living in this parochial community.

Thank you for taking the time to read these succinct words, I beg to God for your calling towards human justice, may he shine his light on your choice of actions.

Sincerely,

Catholic Priest Jose Iniciente Calderon Ramos

ID. 2907 2005 00233

TEGUCIGALPA. 20 DE NOVIEMBRE DEL 2019

Su excelencia Juez.

"La gracia del Señor Jesucristo, el amor del Padres y la comunión del Espíritu Santo sean con todos vosotros". 2 corintios 13:14

Por este medio de forma sucinta hago de su conocimiento que Soy sacerdote de la Iglesia católica con 20 años de servicio ministerial en honduras Centroamérica. conozco la familia Hernández Alvarado desde el 2013.

Con la persona que mas me he relacionado es con María Elvira Alvarado, una persona de una vida de fe y servicio a la comunidad, que en su sencillez ha dado a su familia los valores humanos y de fe.  Es una familia que ha formado desde la vida humana cristiana. En este contexto familiar hago referencia del Hijo de Doña María Elvira, Juan Antonio Hernández Alvarado, que lo conozco desde su cercanía a su Mamá.

Desde el 2015 lo encontraba haciendo ejercicio en la colonia, donde yo también corría. En este tiempo que le conozco no   vi ninguna opulencia, signos extraordinarios de riquezas ya que su casa está cerca donde vivo y es una de las casas normales a las de los vecinos de él.

Sus acciones públicas que conozco son de   diversión (fiestas) y muy amigable con todos. Sus accionar que conozco aquí en Tegucigalpa es de un hombre amoroso con sus hijos y muy especial con sus dos niños pequeños, que, dicho sea de paso, sus niños se divierten en la colonia como cualquier niño de aquí, no han contado con ninguna seguridad especial del estado ni privada.

En esta Colonia San Ignacio, Juan Antonio Solía salir a Caminar y coincidíamos en algunas ocasiones en nuestro ejercitar físico en las calles de la colonia y nunca vi una seguridad especial fuera de lo común de un hombre diputado el congreso del país. Por tal motivo testifico tener conocimiento de esta familia desde la fe y tiempo de vivir en esta colonia parroquial.

Agradecido por tomarse el tiempo de darle lectura a estas sucintas palabras, rogando a Dios por su Misión ante la justicia humana, Dios le ilumine en su accionar.

Atentamente.

SACERDOTE CATOLICO JOSE INICENTE CALDERON RAMOS.
Id.    2907 2005   00233