# AMERICAN BIBLE ACADEMY

Presents this Certificate to

**Juan Antonio Hernandez Alva.**

upon successful completion of

Study Course: **El Evangelio De Juan**

Awarded the 9th day of July, 2019.

*Joseph Welch*
ACADEMIC DEAN

*Mrs. Gwen Wadell*
REGISTRAR

---



GRADE REPORT
AMERICAN BIBLE ACADEMY
P.O. BOX 1627
JOPLIN, MO 64802-1627

NAME:  Juan Antonio Hernandez Alva.        STUDENT ID#: 435846

COURSE:  El Evangelio De Juan              DATE: 7/09/19

EXAM 1: **85**    EXAM 2: **92**    EXAM 3: **92**

FINAL GRADE: **90**        CREDITS: **0**

Grading Policy - The grading system used by A.B.A. is as follows:

| | | | | |
|---|---|---|---|---|
| A+..100-99% | A.....98-95% | A-.....94-90% | B+.....89-87% | B........86-84% |
| B-.....83-80% | C+...79-77% | C......76-74% | C-.....73-70% | D+......69-67% |
| D......66-64% | D- ...63-60% | F........59-0% | | |

Please update us with any changes in your mailing address.
Websites: www.abarc.org • www.arm.org

# Metropolitan Correctional Center
### New York, New York

## *Juan Antonio Hernandez-Alvarado*

has satisfactorily completed
THE 12 SESSION ANGER MANAGEMENT GROUP
and is hereby awarded this
*Certificate of Achievement in Anger Management*

On August 28th, 2019

_____
Elissa Miller, Psy.D.
Chief Psychologist

_____
Darlene Imeri, Psy.D.
Staff Psychologist

# AMERICAN BIBLE ACADEMY

Presents this Certificate to

## Juan Antonio Hernandez Alva.

upon successful completion of

Study Course: **Doctrina Biblica, Vol. 1**

Awarded the 20th day of August, 2019.




*ACADEMIC DEAN*

*REGISTRAR*



**GRADE REPORT**
**AMERICAN BIBLE ACADEMY**
P.O. BOX 1627
JOPLIN, MO 64802-1627

NAME: **Juan Antonio Hernandez Alva.**   STUDENT ID#: 435846

COURSE: **Doctrina Biblica, Vol. 1**   DATE: 8/20/19

EXAM 1: **90**   EXAM 2: **94**   EXAM 3: **96**

FINAL GRADE: **93**   CREDITS: **1**

Grading Policy - The grading system used by A.B.A. is as follows:

| | | | | |
|---|---|---|---|---|
| A+..100-99% | A.....98-95% | A-.....94-90% | B+.....89-87% | B........86-84% |
| B-.....83-80% | C+...79-77% | C......76-74% | C- .....73-70% | D+......69-67% |
| D......66-64% | D- ...63-60% | F........59-0% | | |

Please update us with any changes in your mailing address.
Websites: www.abarc.org • www.arm.org

# AMERICAN BIBLE ACADEMY

Presents this Certificate to

## Juan Antonio Hernandez Alva.

upon successful completion of

Study Course: **Doctrina Biblica, Vol. 2**

Awarded the 1st day of October, 2019.

 

_Joseph Welch_
ACADEMIC DEAN

_Mrs. Gwen Wadell_
REGISTRAR



GRADE REPORT
AMERICAN BIBLE ACADEMY
P.O. BOX 1627
JOPLIN, MO 64802-1627

NAME: Juan Antonio Hernandez Alva.         STUDENT ID#: 435846

COURSE: Doctrina Biblica, Vol. 2            DATE: 10/1/2019

EXAM 1: **97**      EXAM 2: **98**      EXAM 3: **99**

FINAL GRADE: **98**      CREDITS: **1**

Grading Policy - The grading system used by A.B.A. is as follows:

| | | | | |
|---|---|---|---|---|
| A+..100-99% | A.....98-95% | A-.....94-90% | B+.....89-87% | B........86-84% |
| B-.....83-80% | C+...79-77% | C......76-74% | C- .....73-70% | D+......69-67% |
| D......66-64% | D- ...63-60% | F........59-0% | | |

Please update us with any changes in your mailing address.
Websites: www.abarc.org • www.arm.org

# AMERICAN BIBLE ACADEMY

Presents this Certificate to

## Juan Antonio Hernandez Alva.

upon successful completion of

Study Course: **El Libro de los Hechos, Vol. 1**

Awarded the 5th day of November, 2019.

　

*Joseph Wehly*
ACADEMIC DEAN

*Mrs. Gwen Wadell*
REGISTRAR

---



GRADE REPORT
AMERICAN BIBLE ACADEMY
P.O. BOX 1627
JOPLIN, MO 64802-1627

NAME: Juan Antonio Hernandez Alva.   STUDENT ID#: 435846

COURSE: El Libro de los Hechos, Vol. 1   DATE: 11/5/2019

EXAM 1: **100**   EXAM 2: **98**   EXAM 3: **100**

FINAL GRADE: **99**   CREDITS: **1**

Grading Policy - The grading system used by A.B.A. is as follows:

| | | | | |
|---|---|---|---|---|
| A+..100-99% | A.....98-95% | A-......94-90% | B+.....89-87% | B........86-84% |
| B-.....83-80% | C+...79-77% | C......76-74% | C- .....73-70% | D+......69-67% |
| D......66-64% | D- ...63-60% | F........59-0% | | |

Please update us with any changes in your mailing address.
Websites: www.abarc.org • www.arm.org