

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

March 29, 2021

Via ECF
The Honorable P. Kevin Castel
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:    *United States v. Juan Antonio Hernández Alvarado*,
       **S2 15 Cr. 379 (PKC)**

Dear Judge Castel:

In advance of tomorrow's sentencing, the Government respectfully submits the attached proposed order of forfeiture.  As set forth in the proposed order and for the reasons discussed in the Government's sentencing submission (Dkt. 269, at 55-58), the Government respectfully requests that the Court order the defendant to forfeit $138,500,000 in connection with Count One of the above-referenced Indictment.

Respectfully submitted,

AUDREY STRAUSS
United States Attorney

By:    /s/
       Amanda L. Houle
       Matthew Laroche
       Jason A. Richman
       Assistant United States Attorneys
       (212) 637-2420

Enclosure

Cc:    Defense Counsel   (Via ECF and Electronic Mail)