

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

---

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, NY 10007*

March 30, 2022

**By ECF**
Honorable P. Kevin Castel
United States District Judge
Southern District of New York

    Re: *United States v. Victor Hugo Diaz Morales et al.*, 15 Cr. 379 (PKC)

Dear Judge Castel:

    The Government respectfully requests that the Court direct the Clerk of Court to terminate the appearance of the undersigned Assistant United States Attorney on the above-captioned docket. After April 1, 2022, the undersigned will no longer be employed by the United States Attorney's Office for the Southern District of New York.

                    Respectfully submitted,

                    DAMIAN WILLIAMS
                    United States Attorney

by: _____
       Benjamin Woodside Schrier
       Assistant United States Attorney
       Southern District of New York
       (212) 637-1062

cc: Defense Counsel (by ECF)