UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
UNITED STATES OF AMERICA,

                                                                                15-cr-379 (PKC)

          -against-

                                                                          ORDER

JUAN ANTONIO HERNANDEZ ALVARADO,

                 Defendant.
-----------------------------------------------------------------x

CASTEL, U.S.D.J.

        Section 2255(g) of title 28 permits a district court under certain circumstances to appoint counsel in a proceeding brought under section 2255.  Just as a district court is without authority to extend the time for filing a section 2255 motion in advance of the filing of a section 2255 motion,[1] this Court concludes that it may not appoint counsel under the Criminal Justice Act to investigate the possibility of filing a motion under section 2255.

        Letter motion filed January 18, 2023 (ECF 510) and the ex parte application of February 8, 2023 submitted under seal are DENIED.

        SO ORDERED.

                                                              *P. Kevin Castel*
                                                        United States District Judge

Dated: New York, New York
          February 13, 2023

---

[1] United States v. Leon, 203 F.3d 162 (2d Cir. 2000).